# Exhibit 1

# Defendant Jager's Body Worn Camera

# (Manually Filed)

# Exhibit 1

# Exhibit 2

# Licenses of Killinger and Ellis

# Showing Gold Stars

# Exhibit 2



# Exhibit 3

# Declaration of Jason Killinger

# Exhibit 3

## DECLARATION OF JASON KILLINGER

I, JASON KILLINGER, declare under penalty of perjury the following statements are true and correct and made with personal knowledge.

1.    I am the plaintiff in the case Killinger v. Jager, 3:25-cv-00388-MMD-CSD.

2.    I work for United Parcel Service ("UPS") as a feeder driver. I have a commercial driver's license with multiple endorsements allowing me to pull tankers and double and triple trailers weighing over 100,000 pounds.

3.    Prior to the incident with Officer Jager, I had a clean criminal record. I have never been accused of a crime, arrested, or taken to jail.

4.    On September 16, 2023, I finished my shift, went to bed, and woke up in the early evening and decided to enjoy a night playing craps at local casinos. I did a loop of casinos, with the goal of winning $200 at one before moving on to the next. On September 16, 2023, I played at the Legends Bay Casino, the Nugget Casino, the El Dorado Casino, and before midnight moved on to the Peppermill. I planned to visit the Atlantis Casino after the Peppermill.

5.    I arrived at the Peppermill on or about 11:30 p.m. on September 16, 2023. I have been a regular customer at the Peppermill. I had a Peppermill "Player's Card" in my name. I estimate that prior to September 16th, I had gambled hundreds of times at the Peppermill without incident. I liked the Peppermill, especially the friendly dealers, the low table minimums, and the food. The Peppermill had always treated me well, like an honored guest, often comping me for "free chips" and "free dollars," to spend in the casino.

6.    While at the Peppermill I had in my pocket: a) Nevada Real ID Driver's License identifying me as Jason Killinger; b) a Peppermill player's card identifying me as Jason Killinger; c) and a debit card from my credit union identifying me as Jason Killinger.

7.    I also had in my vehicle, parked in the Peppermill parking lot: a) a vehicle

1

registration in my name; b) a vehicle insurance card in my name; c) a pay stub from my employer, UPS, in my name; d) a United States Department of Transportation medical card in my name; e) a Teamsters Local 533 union card in my name; and f) numerous players cards for various Reno casinos that I gamble at all in my name.

8.      When I arrived at the Peppermill, I went directly to a craps table. I gave the craps dealer my player's card and money to begin playing. I played for a few hours, managed to get ahead $200.00 and decided to leave to leave and move on to the Atlantis Casino.

9.      At or about 3:00 a.m. I went to the Peppermill cashier's cage to turn in my chips for cash. Before going on to the Atlantis, I decided to use the restroom. On exiting the restroom, I noticed a Peppermill security officer paying close attention to me. I made my way out of the casino and saw the same security guard following me. I ignored him and when I looked again, the security guard was gone.

10.     On my way out, I stopped to play a blackjack machine. As I was playing, I was approached by another security guard who said, "Hi Mike, how are you?" I told the security guard I was "not Mike." The guard said, "I need to see your ID." I said, "For what?" I gave him my Nevada Real ID driver's license with the gold star in the upper right corner. The guard said, "I'm sorry to bother you Mr. Killinger" and backed off.

11.     I thought the security guard's calling me "Mike" was strange. I walked to the exit, straightening my cash to put in my pocket, getting ready to leave. Within moments, I was surrounded by security guards and handcuffed. I was told that my name was Michael Ellis and I was under arrest for "trespassing." I was shocked. I vehemently protested. I told security that I was not Michael Ellis. Once we arrived at the security office, security lost any pretense of civility; they tried every which way to force me to admit I was Michael Ellis. I refused. I repeatedly insisted my name was Jason Killinger, not Michael Ellis and I didn't know "anything" about anyone named Michael

2

Ellis.

12.    When I was told an officer from the Reno Police Department was coming to the Peppermill to look into this matter I was very pleased. I thought to myself: "Okay, good, the police will come and force the casino to do the right thing, remove the painful handcuffs, and let me go." I am a large man and weigh 285 pounds, I found the handcuffs behind my back too tight and extremely painful, hurting my wrists and shoulders.

13.    Officer Jager arrived at the Peppermill at approximately 4:00 to 4:30 a.m. on September 17, 2023. He was wearing his body worn camera ("BWC"). Everything that Jager did and said was recorded on his BWC.

14.    I am heard on Jager's BWC saying, "Thank God you're here!" I had faith the officer would straighten out the misidentification and release me. I asked Jager if he could "please" get me "out of these cuffs." I was surprised because the officer did not seem at all interested in the fact that I was in pain and ignored me.

15.    Peppermill security told Jager that I was a match to Michael Elliss, someone who had been barred from the casino. The match was based on the Peppermill's facial recognition software. Jager seemed very impressed with the facial recognition software, he said, "You guys have this fancy software." I interrupted to say, "I'm a driver for UPS, I am not Michael Ellis, I don't know who Michael Ellis is, I don't know nothing about Michael Ellis, I'm a taxpayer here." I have never had any trouble with the law; I have a completely clean record. I have never been arrested in my life.

16.    I told the officer, "I need a break, my shoulder is killing me, can you please take off these cuffs? I was surprised that Officer Jager ignored me again, saying "Just sit there for a minute, man." I repeated myself, "I need a break, my shoulder is killing me." JAGER didn't bother to even look at me.

3

17.    I was at all times respectful to the officer. I knew the facial recognition software was wrong, I gamble to the Peppermill frequently and have never had a problem, the casino has always treated me respectfully. I have been raised to treat the police respectfully also, before this incident I always believed the police were fair and treated citizens respectfully. I don't feel that way now.

18.    I saw Jager stare at my driver's license. I also saw Jager stare at the Peppermill's "Barring Notice" of Michael Ellis and the Peppermill's copy of Michael Ellis's driver's license, saying: "That's really weird, that is super weird. The software is saying its legit (facial recognition match between me and Michael Ellis). Then I was shocked to hear the officer say, that I had either presented a fake identification the first time by presenting myself as Michael Ellis or I was presenting a fake identification now by identifying myself as Jason Killinger.

19.    I was starting to get really worried. Lots of people look similar, but I thought the officer would look at my ID and he would understand the facial recognition software just got it wrong and this guy Ellis was not me, our driver's licenses proved that—we were different in so many ways.

20.    Since this incident happened, I have looked at Michael Ellis face on the barring notice and there is a similarity, however Michael Ellis's driver's license differs from mine in almost every way: 1) Ellis does not have a commercial driver's license and I do; 2) Ellis has a Class C driver's license and I have a Class A; 3) the restrictions on both driver's licenses are different, 4) Ellis has no endorsements while I have multiple endorsements allowing me to drive tankers, passengers, school buses, double/triple trailers; 5) Ellis is seven years older than me; 6) Ellis has hazel eyes, I have blue eyes; 7) Ellis weighs 50 pounds less than I do; 8) our signatures are different; 9) our addresses are different; and 10) our heights are different.

21.    Jager did not ask me what other forms of ID I had. He was not interested in what forms of ID I had on me or in my nearby vehicle parked in the parking lot besides my Nevada real

ID driver's license. Jager was not interested in anything I said and seemed completely convinced I was Michael Ellis and I had somehow pulled a fast one. I was shocked, Jager refused to investigate anything.

22.    I have viewed Jager's BWC since this incident. I heard him tell his boss that he thought I had a "hookup" at DMV with an employee who was making false driver's licenses for me. This is really scary, that an officer would invent such a crazy story. And worse yet, he told this crazy made up lie to his supervisor at RPD.

23.    Jager told me, "So right now I can't identify you, it's weird, because essentially it looks like you have two different names. I don't know man, so I can't identify you and unfortunately that means they can't cite you which they would normally do. You can't be cited, so you're going to be arrested."

24.    I was shocked, "I'm going to jail? Are you kidding me?" I couldn't believe it. I had just spent hours gambling at the casino, like I often do, and was treated very respectfully, now I'm going to jail as a criminal? I had not committed a crime, but because Jager couldn't identify me, he was taking me to jail. He told me he would have only cited me and not arrested me if I admitted to being Michael Ellis but I couldn't do that because I am not Michael Ellis.

25.    Jager said to me, "I'm not a joker man." "You'll get arrested, you'll get fingerprinted up at the jail and they'll be able to discern your identity and see what this mix-up is with this stuff."

26.    But there was no mix-up. I consistently denied I was anyone other than who I am and I had multiple forms of identification if Jager would have only looked at them, but he refused. Just because Jager refused to look at or consider my many forms of identification does not mean there was a "mix-up." It obviously means Jager should have investigated further before taking the drastic step of arresting me.

27.    I knew it was highly unlikely that this Ellis person would have the same unique

5

endorsements I had or was capable of driving the kinds of vehicles I am licensed to drive. I pleaded with Jager: "Can you look at the endorsements on the two driver's licenses." Jager did look at them but he disregarded it. There were so many ways Ellis's driver's license differed from mine but Jager obviously refused to think anything of all the differences.

28.    Yet Jager, while refusing to consider anything other than the A.I. facial recognition software admitted he was confused. He said: "It's one of those things, I'll be 100 percent honest you may have a doppelganger, but they (the driver's license pictures) are strikingly similar and weird enough, their (Peppermill's) fancy AI technology says its 100 percent match."

29.    I was starting to panic now, I said to him: "What is it going to take to prove to you that is not me?" Maybe he would go out and walk less than five minutes to my car and look at all my government issued ID. Or look at my debit card from my bank, or go talk to the Peppermill office and get a record of how often I was a paying customer at the Peppermill which I believe they track by using player cards. Or call my employer to verify my identity. I have been with UPS nearly 20 years, they would have verified who I am. Jager refused, he told me I "had to go to jail."

30.    Jager said, "Unfortunately you got to go to jail, they'll pull your fingerprints, that's the way to determine it." I asked, "Then what happens when they find out that that's not me? Then what happens?" Jager said, "Then once they find out its not you, then that's something else, but at this point our hands are tied because a reasonable and prudent person based off the software, based off the pictures, would make the reasonable conclusion that all three are the same person with two different IDs."

31.    I was under the impression that once my fingerprints were taken I would be released. I couldn't be Michael Ellis if the fingerprints showed I was Jason Killinger. I thought it was all about identifying me and once I was identified the whole thing would go away and be dismissed.

32.    I couldn't believe it, I asked Jager again, "Did you look at the back of the IDs,

because I have all of the endorsements except for motorcycle and HazMat." JAGER said, "Either someone else is using your stuff or you're using somebody else's stuff, and unfortunately you look too much like the guy in that picture, so much so that the fancy computer that does all the fancy software makes the same determinations that my feeble human brain does."

33.    Jager took off the Peppermill handcuffs and put on me his own RPD handcuffs. I again mentioned the pain of the handcuffs, "Can I have a little bit of a break when you get them off?" "Unfortunately, can't, it's against policy, sorry pal." I pleaded with the security officers to tell Jager that I didn't give anyone a hard time and to give me a little bit of a break please from the handcuffs. Jager said, "Unfortunately man, that's the process man, not one of those things I'm able to flex on." I said, "I might have to go to the bathroom." Jager said, "That will have to wait until we get to jail." I asked again, "Can you loosen them a little please?" Jager refused.

34.    I also remembered I had a check stub from my employer in my car. I told Jager, "I have a check stub from my work would that prove it to you guys? Jager wouldn't consider it. He said, "Honestly man, the only way is going to get the fingerprints done. I know, it's one of those things, if it turns out it's you, call the director, your software has made a critical error and I was a paying customer, got kicked out, maybe they'll take care of you. If it turns out the other, you're trespassed."

35.    I asked, "How long are we going to be in jail for, can they get me in and out please?" "You probably won't be in there very long." I asked, "How do I get back here to get my car. You guys are going to give me a ride back to get my car?" Jager told me, "No, you won't be there very long, hopefully once they have it all figured out." Again, I was given the impression once the fingerprints identified me, which I knew they would, this nightmare would be over. Jager made it sound like all that needed to happen was for the fingerprints to identify me.

36.    I was put in Jager's police car with my hands cuffed behind my back. Before we left

for the jail, another officer arrived and Jager told him about what was happening. Jager said to the arriving officer, "It's super weird. He has an ID that matches, trespassed under the name of Michael Ellis, this is the ID that he presents, it's the exact same guy, name date of birth **all that stuff is different**, 100 percent match with their software that he is this guy that they trespassed on their facial thing. I'm booking him as a John Doe and get a WIN'S check, because he matches. He looks exactly like both pictures. "

37.    Jager told the officer, "This poor guy might legitimately be somebody else, I don't know. It's a freaking weird call." I spoke up, "It's not me in that picture." Jager admitted his own confusion, "I'll be honest, I don't know what to think, usually those systems are pretty good, we've used those systems in the past to catch homicide suspects, they are **fairly reliable**. "If it turns out that you are Killinger and that's who you are and not the person that was trespassed, I'm not going to give you legal advice. You can talk to them about it. If it turns out there is someone out there who has somehow been able to get a driver's license using your picture or likeness, maybe they'll be a complaint to DMV or some deeper investigation. I've seen weirder things…"

38.    I kept asking for a break with the handcuffs because they were causing me serious pain. Jager said, "Unfortunately, I can't. You seem like a stand-up guy, terrible case of mistaken identity, but end of day, you're being cool, I'm going to be cool, there's an obligation to enforce that trespass, it's really a crappy situation."

39.    Then Jager said something that really upset me. He said it would be a "really funny story" I could tell my friends about Jager said, "Hopefully it's like a really funny story, like I got arrested because they thought I was somebody else, I have to write you as a John Doe, because we can't positively identify you. I'll be honest, it's someone who looks exactly like you with a different name and ID so its hopefully this in and out process so you can get a cab and get back down to the Peppermill and get your car."

8

40.     How could a police officer possibly think a wrongful arrest could be a "funny story?" Did he think this was some kind of game? There is nothing funny about going to jail, having an arrest record, having to hire a lawyer, and having to take time off of work to go to a trial on something so ridiculous. There was absolutely nothing funny about my shoulder and wrists in so much pain.

41.     We arrived at the jail at approximately 6:20 a.m. Jager yelled out to jail staff, "He's cooperative." I was put in a holding room. I kept asking Jager when the handcuffs would come off. I said, "I can't stand these goddamned cuffs." By the time we reached the jail I was desperate to get the cuffs off or loosened. I pleaded with Jager, "Can they take the goddamned cuffs off when I'm in the holding room?" Jager told me, "Unfortunately, no, if all goes well you should be out of the cuffs in the next eight to ten minutes." I asked him if he would "Promise" the cuffs would be off. Jager refused to promise.

42.     I kept pleading over and over again, "Please take them off. Can you put in a good word for me? I need to get these goddamned cuffs off." Jager opened the door to a small holding cell saying, "Go through this door that's where you'll get the cuffs off." I said, "Thank God. All because some asshole was sleeping in the casino, it's not me!" "I just want these cuffs off!" The cuffs were still not taken off.

43.     I remained in handcuffs while in the holding cell and when I was taken out of the holding cell when I was taken to a large room with multiple jail officers. As I was taken away from that large room I remained in handcuffs an additional twenty minutes at the jail. As I was led away I heard Jager shout at me, "Best of luck man."

44.     I was in handcuffs approximately four hours.[1] After listening to Jager's BWC I heard myself tell Jager I was in great pain approximately 20 times.

_____

[1] I was first placed in handcuffs at approximately 3:00 a.m. at the Peppermill. I remained in handcuffs at the Peppermill security office until Jager arrived at approximately 4:45 to 5:00 a.m., thus making my time in handcuffs at the Peppermill before Jager arrived one hour and forty-five minutes to two hours. From the time Jager arrived at the Peppermill until I was taken to the jail was

9

45. Despite my telling Jager 20 times that the handcuffs were causing me great pain, Jager never said a single word to the jail staff that I had complained of great pain. Jager knew about my excruciating pain that the handcuffs were "killing me" and I was in acute distress, yet Jager failed to mention it to jail staff.

46. I was booked into the Washoe County Jail as "John Doe. While in booking, I asked when I would be getting out. A deputy told me to "lose the fucking attitude." I was put in a small room with about 25 other people. There was a toilet, a door, a three-inch lip of concrete, and a window. No chairs or television. It was crowded and uncomfortable.

47. While I was in jail the fingerprint analysis came back as positively identifying me as Jason Killinger. That was no surprise. I thought everything would be dismissed and this nightmare would be over. The "Pretrial Assessment Report" prepared at the jail dropped the name "John Doe" from my records and substituted in its place my name Jason Killinger. I couldn't believe it. They were going to prosecute me for trespassing even when they knew who I was and that no one named Jason Killinger had ever been trespassed or barred from the casino. I couldn't figure out why they were doing this to me when they knew there was no trespass notice against anyone named Jason Killinger. Someone named Michael Ellis had been barred from the Peppermill, not me.

48. I was released on my own recognizance from the jail at approximately 4:10 pm on September 17, 2023. I was in custody with Jager for approximately one hour and twenty minutes and in custody at the jail for an additional nine and one-half hours for a total incarceration of eleven hours.[2] I was in excruciating pain in my shoulders and my wrists. I got a taxi at 4:30 p.m. to take me back to the Peppermill to retrieve my vehicle in the Peppermill parking lot. I was concerned that if I even went on to the Peppermill parking lot to get my car someone would try to arrest me again for trespassing.

---

another one hour and twenty minutes, thus making the time I was in handcuffs three hours and twenty minutes. I remained in handcuffs an addition twenty minutes after being led away from Jager at the jail, thus making my total time in handcuffs just under four hours.

[2] This does not include the time I was held by the Peppermill before Jager's arrival.

10

49.     The next day, September 18, 2023, I went to Renown Urgent Care Vista at 910 Vista Blvd., Sparks, NV to have a doctor look at my wrists and shoulders. I was seen by Brion R. Hill, M.D. who diagnosed a strain of both the right and left shoulder, and contusions (bruising) on both wrists. The doctor prescribed Motrin 200 MG every six hours as needed. Ice and nsaid as needed. Dr. Hill noted: "Onset 4 a.m. yesterday handcuffed behind his back for four hours. He was arrested due to mistaken identify. Bilateral wrist pain 7/10 severity. Left wrist is worse. Bilateral should pain 7/10 severity. Right shoulder is worse. No prior injury or surgery."

50.     Dr. Hill noted: "**Right shoulder**: diffusely tender without deformity. Pain reproduced abduction and internal resistance. **Left shoulder**: no point bony tenderness or deformity. Pain reproduced with abduction (movement) against resistance. **Left wrist**: soft tissue swelling. Ecchymosis dorsal aspect (the medical term for a bruise, which is a discoloration of the skin caused by blood leaking from ruptured blood vessels under the skin). Range of motion intact. Pain reproduced with movement in all planes. Distal neuro/vascular intact. **Right wrist**: soft tissue swelling. Range of motion intact. Pain reproduced with movement in all planes. Distal neuro/vascular intact."

51.     My wrist pain subsided after a few days but it took two weeks or longer for the bruising to dissipate. The shoulder pain lasted for about **three months**, causing pain and difficulty for me when driving. It still causes me pain. I experience left shoulder "popping" when I rotate my arm. I now take aspirin on a regular basis for the occasional shoulder pain.

52.     I was devastated and shocked when I read Jager's arrest report. Jager falsely stated that I had presented Peppermill Security with "**conflicting identification**." This is false because I don't have any conflicting identification. I only have identification in my name. Jager's false statement created the wrongful impression that I had numerous forms of identification and presented conflicting identification. Jager's deliberate fabrication of evidence was designed to

11

create the false impression that I should have been arrested. Jager was lying to get me convicted of trespass and to demonstrate to the court that I was a fraud and a con man. How do police officers get away with such outrageous lies?

53.    Jager also falsely said in his report that I was "last trespassed on 03/26/2023 where I identified myself as Michael Ellis." This false statement is wholly the fabricated invention of Jager as I was never trespassed at the Peppermill and I have never identified myself as Ellis.

54.    Jager also falsely said that I had no "additional information" to assist him in identifying me. This false statement creates the impression that I did not have any additional identification to aid in establishing my identity and Jager was therefore forced to arrest me. I had lots of identification, Jager just wouldn't look at it.

55.    Jager deliberately omitted from his arrest documents that I had three forms of government issued identification to assist in establishing my identity, my Nevada Real ID, my vehicle registration, and my U.S. Department of Transportation medical card. In addition, I had in my pocket a debit card from my bank and my player's card from the Peppermill. In my vehicle I had not only my state issued vehicle registration, vehicle insurance cards, Department of Transportation medical card, Teamsters identification card, pay stub from my employer, and various players cards from the Reno casinos that I frequently visited—all identifying me as Jason Killinger.

56.    Why would a police officer lie like that? If Jager had been interested in establishing who I was all he had to do was conduct a brief investigation. My car was parked less than five minutes away in the Peppermill lot. There were so many ways that Jager could have investigated who I was an avoided the trauma for me of this arrest. Arrests are traumatic, this was not a funny story I could tell people about later, it was expensive, painful, and devastating—especially to learn a police officer would fabricate evidence and lie to have me convicted—especially when he made it sound like as soon as my identity was confirmed by my fingerprints it would all be over.

12

57.     On September 18, 2023, Jager submitted a criminal complaint against me as "John Doe" for trespassing at the Peppermill. At the time he did that, he should have looked at the fingerprint records that were available and learned I was not John Doe, I was positively confirmed as Jason Killinger.

58.     On September 18, 2023, the Reno Municipal Court opened its "Register of Actions." Since I had been positively identified as Jason Killinger, not John Doe, and not Michael Ellis, I was charged with trespassing as Jason Killinger. The Reno Municipal Court and Reno prosecutors went forward against me, not as Michael Ellis or John Doe.

59.     I was forced to hire Richard A. Salvatore as my attorney and paid him approximately $1,800.00 to represent me. I had other uses for that money besides hiring a lawyer. A bench trial was set with Reno prosecutors set to argue for my conviction.

60.     On November 9, 2023, the bench trial was called before the Hon. Justin Champagne of the Reno Municipal Court. Even though there was zero evidence that anyone named Killinger had ever been trespassed at the Peppermill, and zero evidence that I had ever presented myself as anyone other than who I am, Jason Killinger, a prosecutor for the City of Reno was unwilling to dismiss the case with prejudice, indicating that the RPD "fraud" unit was still looking into it and wanted to retain the ability to re-charge me within the year. After discussions with the judge, the case was dismissed without prejudice. The judge indicated the City had one year to bring additional charges or re-open the case against me.

61.     The reason the prosecutor was still interested in pursuing me, even after I had been positively identified, was because of the false statements in Jager's arrest documents. Jager intentionally lied about me to make it look like I was a con man with multiple IDs. If Jager had put in his report the truth, that I had offered multiple times to show my identification to him, that I wanted him to investigate further because I knew he would find that I was not Ellis, none of this

would have happened. But because of the way he worded his arrest report, he put me in a false light and prepared the way for me to be convicted and have even more problems.

DATED this 11 day of August 2025

JASON KILLINGER

Exhibit 4

Killinger Driver's License

Exhibit 4

**COMMERCIAL DRIVER LICENSE**

NEVADA USA
1864



4d DL NO. 1007291590
3 DOB 07/28/1983
1 KILLINGER
2 JASON JAMES
8 600 NEWPORT LN D-10
RENO, NV 89506-8607

9 CLASS A          9a END NPST
12 REST JM

4a ISS              4b EXP
07/27/2022          07/27/2030

15 SEX   M
16 HGT  6'-01"
17 WGT  285 lbs      07/28/83
18 EYES BLU
19 HAIR  BLN
5 DD 0001762445907282220855

**21** 0020485499001

DOB 07/28/1983
ISS 07/27/2022



**CLASS: A-COMB VEHS GCWR > 26,000 LBS; TRAILER > 10,000 LBS**

**ENDORSEMENTS: N-Tankers, P-Passengers, S-School Bus, T-Double/Triple trailers**

**RESTRICTIONS: JU-Phys exam, M-No Class A Psngr veh**

Card Version:
05/24/2021