# Exhibit 5

# Ellis Driver's License

# Exhibit 5



# Exhibit 6

# Barring Notice of Michael Ellis From Peppermill

Exhibit 6

# Barring Notice
Peppermill Casinos Inc.



**PEPPERMILL**
RESORT ♦ SPA ♦ CASINO

Report Range:   03/26/2023 to 03/26/2023

## Barring Notice

| | |
|---|---|
| Ref | 2023-0932 |
| Reporting Officer: | S/O JEFFERY MARLOW |
| Police Reference Number | |
| Primary Police Officer | |
| Date Reported | 03/26/2023 |
| Trespass Issue Date: | 03/26/2023 |
| Barred Until: | 09/26/2023 |

**Location Of Incident:**
Peppermill Reno : 2707 S. Virginia St. : Casino : Slots : SECTION 7

**Barred From Location**
Peppermill Reno

**Barred From Specific Location**   ALL PEPPERMILL PROPERTIES

**Reason for Barring**   SLEEPER

## Suspect Information

| Last Name | First Name | Middle Name | Date of Birth |
|---|---|---|---|
| ELLIS | MICHAEL | PHILLIP RYAN | 10/22/1976 |

**Suspect Address(es):**
Address Type: HOME
1702 DRIFTWOOD DR
SPARKS    NV    89431

| Gender | Height | Weight | Race | Hair Color | Eye Color |
|---|---|---|---|---|---|
| MALE | 5'09" | 235.00 | WHITE | BLOND | HAZEL |

**Notes**
03/26/2023 - CASE# 2023-0932 - SLEEPER - TRESPASS

# Exhibit 7

# Arrest Report and Declaration

# Exhibit 7

# TRESPASSING
# RENO POLICE DEPARTMENT



P.O. BOX 1900
455 E 2ND ST
Reno NV 89502
Phone 775-334-2175
Fax

**23-17041**  Supplement No: ORIG

Reported Date: 09/17/2023
Rpt/Incident Typ: TRESPASS
Emp #: JAGER, RICHARD

## Administrative Information

| Agency | OCA # | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| RENO POLICE DEPARTMENT | 23-17041 | ORIG | 09/17/2023 | 05:07 | 232600219 |

| Status | Rpt/Incident Typ |
|---|---|
| REPORT TO FOLLOW | TRESPASSING |

| Location | City |
|---|---|
| 2707 S VIRGINIA ST | RENO |

| ZIP Code | Rep Dist | Area | Beat | From Date | From Time |
|---|---|---|---|---|---|
| 89502 | K2D5 | RS | 86 | 09/17/2023 | 05:07 |

| Emp # | Assignment | Author |
|---|---|---|
| R16010/JAGER, RICHARD | Patrol - Grave - Team 06 | R14247 |

| Assignment | RMS Transfer | Prop Trans Stat | Property? | Report Title |
|---|---|---|---|---|
| Patrol - Swing - Team 23 | Successful | Successful | None | TRESPASSING |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| R14394 | 09/18/2023 | 06:36:12 |

| Arrest/PC Report | Criminal Complaint | Written Statement |
|---|---|---|
| Yes | Yes | Yes |

| # Offenses | Offense | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|
| 1 | 53166 | TRESPASS, NOT AMOUNT | M | C | N |

| Bias | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? | NV Offense | Dom Violence? | # Child |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 47 | | | | | 90J | 1 | | 53166 | N | |

| Med Atn? | Protection ? | DV Card? |
|---|---|---|

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| ARR | ARR | 1 | DOE, JOHN | W | M |
| DOB | | | 01/01/1980 | | |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| VIC | VIC | 1 | PEPPERMILL CASINO | | |
| DOB | | | | | |

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| ARR | 1 | I | DOE, JOHN | 3043125 |
| Race | Sex | DOB | | |
| W | M | 01/01/1980 | | |

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| LEP | 1 | I | ;JAEGER, R RPD PATROL | |
| Race | Sex | DOB | | |

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| REP | 1 | I | ELY, LUKE | 3007670 |
| Race | Sex | DOB | | |
| I | M | 06/20/1983 | | |

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| VIC | 1 | B | PEPPERMILL CASINO | 917521 |
| Race | Sex | DOB | | |

| Report Emp # | Printed At | |
|---|---|---|
| R16010/JAGER, RICHARD | 10/02/2023 16:08 | Page 1 of 3 |

# TRESPASSING
# RENO POLICE DEPARTMENT

23-17041    Supplement No: ORIG

## ARRESTEE 1: DOE, JOHN

| Involvement | Invl No | Type |
|---|---|---|
| ARRESTEE | 1 | INDIVIDUAL |

| Name | | | | | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| DOE, JOHN | | | | | | 3043125 | WHITE | MALE |

| DOB | Age | Ethnicity | Juvenile? | Height | Weight | Hair Color | Eye Color | Dom Violence? |
|---|---|---|---|---|---|---|---|---|
| 01/01/1980 | 43 | NOT OF HISPANIC ORIGIN | No | 5'10" | 280# | BROWN | BLUE | No |

| Res Status | OFN_INVL | Vic/Ofnd Age | PRN |
|---|---|---|---|
| Resident | 1 | 43 | 4837399 |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Status | Dispo |
|---|---|---|---|---|---|
| ARRESTED | ARRESTED | 09/17/2023 | 06:27:00 | BOOKED | Misdemeanor |

| Arrest Location | City |
|---|---|
| 2707 S VIRGINIA ST | RENO |

| Rep Dist | Armed | Multi-arrests | Beat |
|---|---|---|---|
| K2D5 | Unarmed | Not applicable | 86 |

| NOC/Charge | Level | Charge Literal | IBRS | Arrest NOC |
|---|---|---|---|---|
| 53166 | M | TRESPASS, NOT AMOUNT | 90J | 53166 |

## LAW ENFORCEMENT PERSONNEL 1: ;JAEGER, R RPD PATROL

| Involvement | Invl No | Type |
|---|---|---|
| LAW ENFORCEMENT PERSONNEL | 1 | INDIVIDUAL |

| Name | PRN |
|---|---|
| ;JAEGER, R RPD PATROL | 4837400 |

## REPORTING PARTY 1: ELY, LUKE

| Involvement | Invl No | Type |
|---|---|---|
| REPORTING PARTY | 1 | INDIVIDUAL |

| Name | MNI |
|---|---|
| ELY, LUKE | 3007670 |

| Race | Sex | DOB | Age | Juvenile? | PRN |
|---|---|---|---|---|---|
| AMERICAN INDIAN OR ALASKAN NATIVE | MALE | 06/20/1983 | 40 | No | 4837401 |

| Type | Address |
|---|---|
| WORK/BUSINESS | 2707 S VIRGINIA ST |

| City | State | ZIP Code | Date |
|---|---|---|---|
| RENO | Nevada | 89502 | 09/17/2023 |

| Phone Type | Phone No | Date |
|---|---|---|
| BUSINESS | (775) 689-7355 | 09/17/2023 |

## VICTIM 1: PEPPERMILL CASINO

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| VICTIM | 1 | BUSINESS | PEPPERMILL CASINO |

| MNI | PRN |
|---|---|
| 917521 | 4837402 |

### IBRS Info

| Victim Invl No | Offense Codes |
|---|---|
| 1 | 90J |

### Modus Operandi

| Premise Type | Crime Code(s) |
|---|---|
| CASINO | Tresspassing |

### Narrative

DISCLAIMER: This report is a summary of the details discovered in this case and is not to be considered verbatim when compared to the Officer's body camera video. Body camera footage was not reviewed before writing this report. Please review the Officer's body camera video for further information about other conversations between the defendant, subjects, victims, and any additional pertinent information related to this case.

Report completed by Officer Jager #16010

DETAILS: (23-17041)
INVOLVED PERSONS:

ARRESTED: JOHN DOE, who will be referred to as JOHN DOE.

COMPLAINANT: Peppermill Security Luke Ely, who will be referred to as LUKE.

| Report Emp # | Printed At | |
|---|---|---|
| R16010/JAGER, RICHARD | 10/02/2023 16:08 | Page 2 of 3 |

# TRESPASSING
# RENO POLICE DEPARTMENT

23-17041

Supplement No
ORIG

## Narrative

On 09/17/2023 at approximately 0546 hours I (Officer Jager) responded to the Peppermill Casino located at 2707 South Virginia Street on the report of a repeat trespasser in custody. Peppermill was attempting to issue a citation, but the subject/defendant of the call who was never properly identified, who will be henceforth referred to as JOHN DOE presented Peppermill Security with conflicting identification.

On scene, I met with Peppmill Security who told me that JOHN DOE's face was detected by their video surveillance facial recognition software matching a returned trespasser with 100% confidence. Peppermill Security informed me that the individual was last trespassed on 03/26/2023 where he identified himself as Michael Phillip Ryan Ellis by presenting a valid Nevada Driver License 2102040224.

When JOHN DOE was detained by Peppmill Security in the early morning of 09/17/2023 based on the video surveillance facial recognition software match, JOHN DOE presented a valid Nevada Commercial Drivers License belonging to Jason James Killinger 1007291590. However, the photos on both Driver's Licenses visually matched JOHN DOE. The associated demographics on each Driver's License were fairly similar with the only major distinction being hazel and blue eyes, which are by their very nature similar eye colors and are dependent upon lighting. A routine wants and warrants check on both Ellis and Killinger was negative and neither Ellis nor Killinger had any prior arrest history with additional information to assist in positive identification.

Peppermill Security signed a criminal complaint against JOHN DOE for trespassing based on the video surveillance facial recognition software matching a returned trespasser with 100% confidence who had previously identified himself as Micheal Ellis. Due to JOHN DOE having conflicting identification, he lacked satisfactory evidence to reasonably assure me that he was who he claimed to be thus in accordance with Reno Police Department General Order P-280-17 JOHN DOE did not qualify for a criminal citation.

Based on JOHN DOE being on the property of the Peppermill Casino after having been trespassed on 03/26/2023 he was trespassing in accordance with NRS 207.200. I subsequently arrested JOHN DOE for trespassing and transported him to Washoe County Jail for booking and positive identification.

No further detail.

| Report Emp # | Printed At | |
|---|---|---|
| R16010/JAGER,RICHARD | 10/02/2023 16:08 | Page 3 of 3 |

# Exhibit 8

# Killinger Pretrial Assessment

# Exhibit 8

 Second Judicial District Court, Washoe County, Pretrial Services

## PRETRIAL ASSESSMENT REPORT

### DEFENDANT INFORMATION

Name: Killinger, Jason
Jail ID: P-195083
DOB: 7-28-1983
Gender: M
Military: No
Primary Language: English
Place of birth: ID
Personal Pronoun: He/Him

Address: 600 New Port Space E10
Reno, NV
Phone #: (208) 316-0280 - Mobile
Texts OK? Yes
Emp Status: Employed/FT
Employer: UPS
Occupation: Feeder Driver
Email: N/A

### COURT & CASE INFORMATION

Court: RMC
Case No.: RPD23-17041
Booking No.: 23-10668
Arresting Agency: Reno PD
Arrest Date: 9-17-2023

### ARREST CHARGES (CURRENT BOOKING)

| Case Number | NOC | Level | Description | Counts |
|---|---|---|---|---|
| RPD23-17041 | 53166 | M | Trespass, not amounting to burglary | 1 |

### INTERVIEW NOTES

Interview Date: 9-17-2023

The defendant reports being in the Reno area and at his current address for the last three years. He indicates that he is supported by full time employment and has worked for his employer for 18 years. The defendant is charged with a less serious misdemeanor that does not require an NPRA. The arresting agency has requested a WINS check to confirm the defendant's identity. Awaiting return of WINS check for release consideration. MXS ***UPDATE: The WINS check was returned and the defendant was positively identified as Jason James Killinger. The defendant qualifies and was released on his own recognizance with RMC supervision.

### PRETRIAL RECOMMENDED CONDITIONS

Pursuant to the Washoe County supervision matrix, RECOMMENDED CONDITIONS ARE:

(NOTE: If the defendant has multiple charges, the highest supervision level is recommended.)

**Final NPRA Score:**                    Override: No

**Assessment PSO:**                      Prior Supervising PSO: No Previous Supervision

# Exhibit 9

# Criminal complaint filed By Jager

# Exhibit 9

**FILED**

23-17041

RENO MUNICIPAL COURT

y JJ  Sep 18 2023

IN THE MUNICIPAL COURT OF THE CITY OF RENO

COUNTY OF WASHOE, STATE OF NEVADA

CITY OF RENO,
_____ Plaintiff,

vs.

DOE, John ,
_____ Defendant.

DOB 1/1/80

/ NONE FIXED /

CRIMINAL COMPLAINT
(General)

RPD CASE NO. 23-17041

COURT CASE NO.

I, Luke Ely, hereby complain and say that DOE, John has committed the crime of TRESPASSING to wit:

That said defendant on or about 9-17-2023, in the City of Reno, State of Nevada, in the vicinity of 2707 S. VIRGINIA ST.

THE ABOVE DEF WILLFULLY AND UNLAWFULLY RETURNED TO THE PEPPERMILL PROPERTY AFTER BEING TRESPASSED ON 03/26/2023 WHICH IS WITHIN THE LAST 6 MONTHS.

☒ All of which is in violation of NRS 207.200 as adopted by Section 1.04.015 of the Reno Municipal Code.

☐ All of which is in violation of _____ of the Reno Municipal Code.

☐ **Civil Infraction(s):** pursuant to NRS484A.7033 the following civil violations are alleged arising out of the same set of facts as the criminal violation(s) as adopted by Section 1.04.015 of the Reno Municipal Code:

_____

_____

_____

Pursuant to NRS 171.102, I hereby declare upon information and belief and under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____          9/17/23
(Complainant)                       (Dated)

12/22

# Exhibit 10

# Reno Municipal Court Register of Actions

# Exhibit 10

1:34 PM Sun Jun 1   Case 3:25-cv-00388-MMD-CSD   Document 7-2   Filed 08/12/25   Page 14 of 19

🏠 Find Your Case | City of Reno      portal-nvreno.tylertech.cloud/Pu...      pope talking about vance ai voice...

Skip to Main Content  Logout  My Account  Search Menu  New Criminal Search  Refine Search  Back     Location : All Courts  Help

# REGISTER OF ACTIONS
## CASE NO. 23CR-11488

| | | |
|---|---|---|
| CITY OF RENO vs. JASON JAMES KILLINGER | § § § § § | Case Type: Misdemeanor Arrest<br>Date Filed: 09/18/2023<br>Location: Citation |

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| Defendant | KILLINGER, JASON JAMES | | Attorneys<br>Richard A. Salvatore, Esq<br>*Retained*<br>775-786-5800(W) |
| Plaintiff | CITY OF RENO | | |

## CHARGE INFORMATION

**Charges: KILLINGER, JASON JAMES**

| | Statute | Level | Date |
|---|---|---|---|
| 1. 207.200 Trespass, Not Amounting to Burglary During the Previous 24 Months | 207.200 | Misdemeanor | 09/17/2023 |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

11/09/2023 **Disposition** (Judicial Officer: Champagne, Justin)
  1. 207.200 Trespass, Not Amounting to Burglary During the Previous 24 Months
     **Dismissed Without Prejudice**

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 09/18/2023 | Formal Complaint Filed With the Court |
| 09/18/2023 | Case File Scanned and Attached |
| 09/18/2023 | Pre-trial Services Assessment Report |
| 09/18/2023 | Court Pre-trial Supervision |
| | *never checked in rlsd 9-17@1610* |
| 09/18/2023 | Court Services Own Recognizance Release |
| 09/18/2023 | Probable Cause Found |
| 09/19/2023 | NonTraffic Text Sent |
| | This is a notification for JASON JAMES KILLINGER - Case Number: 23CR-11488 that the Reno Municipal Court has filed your case. You have been scheduled to appear in person on Oct 17 2023 2:00PM. You may appear via Zoom instead , please reply with ZOOM to opt-in for a remote appearance. YOU MUST REPLY WITHIN 3 DAYS OF RECEIVING THIS TEXT FOR THIS OPTION. For other options , go to the court website at www.renomunicipalcourt.com. |
| 09/26/2023 | **Authorization to Represent Filed** (Judicial Officer: Champagne, Justin) |
| | Richard A. Salvatore ESQ. |
| 09/26/2023 | Notice of Appearance |
| 09/27/2023 | Authorization to Represent Approved |
| 09/28/2023 | Notice Setting Hearing Scanned |
| 10/10/2023 | Notice of Discovery Filed |
| 10/17/2023 | CANCELED  Arraignment Hearing  (2:00 PM) (Judicial Officer Hazlett-Stevens, Christopher) |
| | Authorization to Represent Filed |
| 11/09/2023 | **Bench Trial** (1:00 PM) (Judicial Officer Champagne, Justin) |
| | Result: Held |
| 11/09/2023 | Present in Court: |
| | FOR THE CITY OF RENO: J. DRAKE FOR THE DEFENSE: A. SALVATORE |
| 11/09/2023 | No Judges Notes Written |
| 11/09/2023 | Case Completely Closed |
| 11/16/2023 | Disposition Reported |

Exhibit 11

# Killinger Release on Own Recognizance

Exhibit 11

## WASHOE COUNTY SHERIFF'S OFFICE
## OWN RECOGNIZANCE RELEASE REQUEST FORM

Processed by ___775___ Date _9/17/23_

**Defendant's Name** Doe, John AKA Killinger, Jason
Booking # 23-12668  Arresting Agency Rno Plice Dept
Approving Judge _____ DOB 7/2x/83

Case # RPD23-170411  Warrant # _____
Charges Tres, Riss
Charges _____

NPRA Score _Lsm_  Supervision Level: Basic / Medium / Enhanced

☒ **Reno Municipal Court**  Date & Time _10/17 @ 2pm_ ←
1 South Sierra Street, Reno   775-334-2290   Mon – Thurs 7:30 a.m. – 4:00 p.m.

☐ ~~Sparks Municipal Court~~  ~~Date & Time~~  ~~at 10am~~
~~1450 C Street, Sparks~~  ~~775-353-2286~~  ~~Mon – Thurs 7:30 a.m. – 4:30 p.m.~~
~~Report in person to the Court the next business day after release.~~

☐ District Court Dept. _____  Date & Time _____
☐ Reno Justice Court        Date & Time _____
☐ Sparks Justice Court      Date & Time _____
☐ Incline Village Justice Court  Date & Time _____
☐ Wadsworth Justice Court   Date & Time _____

If I am released on my Own Recognizance, I hereby promise to appear in the above marked court at the time listed. I am fully aware that my Failure to Appear on the above mentioned date/time will result in my arrest and an additional charge against me. If I should leave the Court's jurisdiction, I hereby waive all rights and any formal requirements relating to extradition proceedings, and further, I will be responsible for any and all expenses relating to my return to this jurisdiction.
I further acknowledge that I understand that any Court of competent jurisdiction may revoke this order of release without bail, without notice, and may order me into custody or require me to furnish bail, or otherwise, in order to insure my appearance.

**Defendant's Signature** _[signature]_

White-Booking    Yellow-Court Services    Pink-Inmate
S-702 (8/19)

# Exhibit 12

# RPD General Order P-280-17(B)(c)

Exhibit 12

# RENO POLICE DEPARTMENT GENERAL ORDER

This directive is for internal use only and does not enlarge this department's, governmental entities and/or any of this department's employees' civil or criminal liability in any way. It is not to be construed as the creation of a particular standard of safety or care in an evidentiary sense, with respect to any complaint, demand for settlement, or any other form of grievance or litigation. Violations of this directive, if substantiated, can only form the basis for intra-departmental administrative sanctions.

| | | |
|---|---|---|
| Chief of Police: Jason Soto /s/ | | |
| Approving Deputy Chief: Thomas Robinson /s/ | | |
| General Order No: P-280-17 | Issued: July 29, 2004 | Revised: September 12th, 2019 |
| General Order Title: CITATIONS | | |

## I. POLICY

Members of the Reno Police Department will make every effort to issue misdemeanor or traffic citations, in lieu of custodial arrest, to suspects who qualify for a citation.

## II. PROCEDURES

### A. PERSONS ELIGIBLE FOR CITATION RELEASES

In cases where subjects meet the criteria set forth in this general order, officers will issue citations in lieu of physical arrest for certain misdemeanors, and in lieu of arrest on qualifying misdemeanor warrants. Exceptions will be detailed in the officer's arrest report.

Under certain circumstances a citation may be issued when the suspect does not meet set criteria. Such cases may include suspects with small children who would have to be placed, suspects with medical problems or who may have lengthy treatment at a hospital, or during times when jail crowding is acute.

### B. ELIGIBILITY CRITERIA

Persons who do not meet the criteria for citation release and that fall into one or more of the categories listed below will be subject to custodial arrest and will be booked for the charge at Washoe County Jail. Officers will include in their report narratives reasons the suspect was booked rather than cited for the offense. Persons should be issued citations whenever they:

a) Have committed a crime that is a non-violent misdemeanor;
b) Are liable to punishment in accordance with NRS chapter 194;
c) Present satisfactory evidence of identity. (Satisfactory evidence of identity is the degree of evidence required to reasonably assure the officer that the suspect is who they claim to be.) Whenever practicable, the officer may use police and DMV records to establish one's identity;
d) Are not intoxicated to the extent that they could be a danger to themselves or other if released;

Page 1 of 4

e) If for a traffic offense: sign the citation or take physical delivery of a copy of the citation;
f) If for a non traffic offense: sign the citation;
g) Do not demand an immediate appearance before a magistrate;
h) Are not physically combative ;
i) Are not being charged with an accompanying charge that does not qualify for citation;
j) Are not likely to resume the conduct that resulted in the citation;
k) Do not have a warrant for a violent crime;
l) Do not have a warrant that mandates arrest;
m) Do not present a reasonable likelihood of disregarding the requirement to appear in court.

**1. Traffic Citations** - Persons detained by officers for traffic violations are normally issued citations in lieu of custodial arrest. Exceptions to this may include, but are not limited to, DUI, reckless driving, revoked driver's license, and other offenses where an arrest is required by statute or the person does not qualify for a citation release per criteria in this general order.

**2. DUI Traffic Citations** - Persons charged with DUI are normally arrested and booked into Washoe County Jail. However, traffic citations may be issued for misdemeanor DUI if the suspect is being examined, treated and/or admitted at a medical facility, and is capable and willing to either sign the citation, or take physical delivery of a copy of the citation.

## C. REPORTING PROCEDURES

**1. Citation Reporting to Court Clerk's Office** - The narrative of the elements of misdemeanor and traffic offenses will be completed on all citations. This may be done on the reverse side of the City Attorney's copy of the citation, or on the Department's Report Management System. The Records Section will ensure that the citation is sent to the Municipal Court Clerk's office for processing and filing.

**2. Citation Reporting to Records Section** - Misdemeanor and traffic citations that require more space for the officer's narrative than is available on the citation will be processed in the following manner:

a) The officer will obtain the case number from communications.
b) A copy of the citation will serve as a face sheet for the case. The narrative will then be completed in the Tiburon system. The case number will be written on the upper right corner of the citation copy.
c) A sergeant will be required to approve the report.

**3. Personal Service of Notice to Appear** - The complainant (officer or citizen) will sign the misdemeanor or traffic citation in the admonishment section of the citation. For misdemeanor citations, the suspect will be formally served with notice to appear in court by signing their name in the appropriate space provided on the citation. For traffic citations the suspect will be formally served with notice to appear in court by either signing their name in the appropriate space provided on the citation, or if they refuse or are unable to sign their name, by accepting a copy of the citation.

**4. Multiple Defendant Citations** - When more than one suspect is being cited for the