# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Jager's Body worn Camera |
| Exhibit 2 | Both licenses showing the gold star |
| Exhibit 3 | Declaration of Killinger |
| Exhibit 4 | Killinger driver's license |
| Exhibit 5 | Ellis driver's license |
| Exhibit 6 | Ellis barring notice |
| Exhibit 7 | Jager Arrest Report, consisting of 3 pages |
| Exhibit 8 | Killinger Pretrial Assessment |
| Exhibit 9 | Jager's Criminal complaint against Killinger |
| Exhibit 10 | Reno Municipal Court Register of Actions |
| Exhibit 11 | Killer's Release on Own Recognizance |
| Exhibit 12 | RPD General Order |