Law Office of Terri Keyser-Cooper
Nevada Bar No. 3984
125 Edgewater Parkway
Reno, NV 89519
(775) 337-0323
Keysercooper@lawyer.com
*Attorney for Plaintiff Jason Killinger*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON KILLINGER, | Case No. 3:25-cv-388-MMD-CSD |
| Plaintiff, | **STIPULATION AND ORDER TO: 1) EXTEND THE DEADLINE TO FILE A RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT; AND 2) REQUEST CASE MANAGEMENT CONFERENCE BE CONDUCTED VIA ZOOM** |
| v. | |
| RENO POLICE OFFICER R. JAGER, | |
| Defendant. | |
| _____/ | (First Request) |

IT IS HEREBY STIPULATED by and through the parties and their counsel of record, that the time for Defendant Reno Police Officer R. Jager to file a Response to Plaintiff's Motion for Partial Summary shall be extended ten additional days. Plaintiff's Motion for Partial Summary Judgment was filed on August 12, 2025 (ECF No. 7). Defendant's Response is currently due on September 2, 2025. The parties have agreed that Defendant shall have ten additional days to study, research, and draft a responsive pleading thus making Defendant's new deadline September 12, 2025.

IT IS FURTHER STIPULATED by and through the parties and their counsel of record, that the Case Management Conference currently set for October 2, 2025 in person in front of the Hon. Craig S. Denney, be conducted via zoom instead of in person. Plaintiff's counsel, Terri Keyser-

1

Cooper, will be out of Nevada on that day and rather than fly back to Reno for the conference, requests that it be held on October 2, 2025 via zoom, to avoid incurring costs and expenses for flight and travel. Counsel for Defendant, Alice K. Herbolsheimer, is also available to attend in person if the Court wishes and has no objection to Ms. Keyser-Cooper appearing by zoom while she attends in person. The parties intend to communicate about the Case Management Report and Discovery Plan and will timely file both documents on or before September 26, 2025 as required. (ECF No. 12)

IT IS SO STIPULATED this 26th day of August, 2025.

| | |
|---|---|
| TERRI KEYSER-COOPER<br>Law Office of Terri Keyser-Cooper | KARL S. HALL<br>Reno City Attorney<br>ALICE K. HERBOLSHEIMER<br>Deputy City Attorney |
| By: /s/ Terri Keyser-Cooper<br>Terri Keyser-Cooper<br>*Attorney for Plaintiff Jason Killinger* | By: /s/ Alice K. Herbolsheimer<br>Alice K. Herbolsheimer<br>*Attorney for Defendant R. Jager* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 27, 2025

2