KARL S. HALL
Reno City Attorney
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
Post Office Box 1900
Reno, Nevada 89505
Tel: (775) 334-2050
Email: Herbolsheimera@reno.gov
*Attorneys for Defendant Reno Police Officer R. Jager*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KILLINGER,<br><br>                    Plaintiff,<br>vs.<br>RENO POLICE OFFICER R. JAGER,<br><br>                    Defendant. | CASE NO.: 3:25-cv-00388-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(Second Request) |

IT IS HEREBY STIPULATED, pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and 7-1, between Plaintiff JASON KILLINGER ("Plaintiff") and Defendant RENO POLICE OFFICER R. JAGER ("Defendant"), by and through their undersigned counsel, that the deadline for Defendant to respond to Plaintiff's Motion for Partial Summary Judgment, filed on August 12, 2025 (ECF No. 7), be extended through and until Friday, September 26, 2025. This is a second request for extension of time. A 10-day extension was previously approved by the Court on August 27, 2025 (ECF No. 14). The first extension was requested by Defendant's counsel due to a family member's illness. The second extension is being requested by Defendant's counsel due a death in the family.

/ / /

/ / /

/ / /

|   |   |
|---|---|
| Respectfully submitted, | |
| Dated this 10th day of September, 2025. | Dated this 10th day of September, 2025. |
| Law Office Of Terri Keyser-Cooper | Karl S. Hall<br>Reno City Attorney |
| /s/ Terri Keyser-Cooper<br>Terri Keyser-Cooper<br>NV Bar No. 3984<br>125 Edgewater Parkway<br>Reno, NV 89519<br>Tel.: (775) 337-0323<br>*Keysercooper@lawyer.com*<br>*Attorney for Plaintiff* | /s/ Alice K. Herbolsheimer<br>Alice K. Herbolsheimer<br>Deputy City Attorney<br>Nevada Bar No. 6389<br>P.O. Box 1900<br>Reno, NV 89505<br>Tel.: (775) 334-2050<br>*HerbolsheimerA@reno.gov*<br>*Attorney for Defendant R. Jager* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 11, 2025