TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nevada Bar No. 3984
125 Edgewater Parkway
Reno, NV 89519
(775) 337-0323
Keysercooper@lawyer.com
*Attorney for Plaintiff Jason Killinger*

KARL S. HALL
Reno City Attorney
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
Post Office Box 1900
Reno, Nevada 89505
Tel: (775) 334-2050
Email: Herbolsheimera@reno.gov
*Attorneys for Defendant Reno Police Officer R. Jager*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON KILLINGER,<br><br>         Plaintiff,<br>vs.<br><br>RENO POLICE OFFICER R. JAGER,<br><br>         Defendant. | CASE NO.: 3:25-cv-00388-MMD-CSD<br><br>**ORDER APPROVING STIPULATION AND ORDER TO REINSTATE THE CANCELED CASE MANAGEMENT CONFERENCE SET FOR OCTOBER 2ND 2025**<br>(First Request) |

IT IS HEREBY STIPULATED, pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and 7-1, between Plaintiff JASON KILLINGER ("Plaintiff") and Defendant RENO POLICE OFFICER R. JAGER ("Defendant"), by and through their undersigned counsel, that the previously set Case Management Conference, ECF NO. 12, filed August 12, 2025, scheduled for October 2nd be reinstated as originally set.

There is a particularly tricky issue on confidentiality on which the parties would appreciate

1

the Court's guidance, sooner rather than later. (*See Case Management Report,* ECF 19, page 6, item 6(d), filed September 22, 2025). Further, the parties have agreed to a settlement conference, and to delaying discovery until the settlement conference and request the Court's referral to a settlement conference or the setting of a time and date for the conference.

Respectfully submitted,

Dated this 23th day of September, 2025.  Dated this 23rd day of September, 2025.

Law Office Of Terri Keyser-Cooper  Karl S. Hall
  Reno City Attorney

*/s/ Terri Keyser-Cooper*  */s/ Alice K. Herbolsheimer*
Terri Keyser-Cooper  Alice K. Herbolsheimer
NV Bar No. 3984  Deputy City Attorney
125 Edgewater Parkway  Nevada Bar No. 6389
Reno, NV 89519  P.O. Box 1900
Tel.: (775) 337-0323  Reno, NV 89505
*Keysercooper@lawyer.com*  Tel.: (775) 334-2050
*Attorney for Plaintiff*  HerbolsheimerA@reno.gov
  *Attorney for Defendant R. Jager*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 23, 2025.

2