1  TERRI KEYSER-COOPER
   Law Office of Terri Keyser-Cooper
2  Nevada Bar No. 3984
3  125 Edgewater Parkway
   Reno, NV 89519
4  (775) 337-0323
   Keysercooper@lawyer.com
5  *Attorney for Plaintiff Jason Killinger*

6

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9

10 JASON KILLINGER,                        CASE NO.:  3:25-cv-00388-MMD-CSD

11              Plaintiff,                 **ORDER GRANTING STIPULATION**
         vs.                               **TO EXTEND DEADLINE TO**
12                                         **RESPOND TO DEFENDANT'S**
   RENO POLICE OFFICER R. JAGER,           **OPPOSITION TO PLAINTIFF'S**
13                                         **MOTION FOR PARTIAL SUMMARY**
                                           **JUDGMENT**
14              Defendant.                 (First Request)

15       IT IS HEREBY STIPULATED, pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and 7-1,

16 between Plaintiff JASON KILLINGER ("Plaintiff") and Defendant RENO POLICE OFFICER R.

17 JAGER ("Defendant"), by and through their undersigned counsel, that the that the deadline for

18 Plaintiff to file a Reply in response to Defendant's Opposition to Plaintiff's Motion for Partial

19 Summary Judgment, filed on September 26, 2025 (ECF No. 26), be extended through and until

20 Monday, October 20, 2025. The Reply is currently due on October 10, 2025; this ten-day extension

21 to and including October 20, 2025, will give Plaintiff's counsel 10 additional days. This requested

22 extension is necessary because Plaintiff's counsel has an unusually congested schedule. This request

23 is made in good faith and not for purposes of delay.

24       Respectfully submitted,

25 ///

26 ///

27 ///

28

                                                                                                  1

| | |
|---|---|
| Dated this 29th day of September, 2025. | Dated this 29th day of September, 2025. |
| Law Office Of Terri Keyser-Cooper | Karl S. Hall<br>Reno City Attorney |
| /s/ Terri Keyser-Cooper | /s/ Alice K. Herbolsheimer |
| Terri Keyser-Cooper<br>NV Bar No. 3984<br>125 Edgewater Parkway<br>Reno, NV 89519<br>Tel.: (775) 337-0323<br>Keysercooper@lawyer.com<br>*Attorney for Plaintiff* | Alice K. Herbolsheimer<br>Deputy City Attorney<br>Nevada Bar No. 6389<br>P.O. Box 1900<br>Reno, NV 89505<br>Tel.: (775) 334-2050<br>HerbolsheimerA@reno.gov<br>*Attorney for Defendant R. Jager* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 30, 2025