KARL S. HALL
Reno City Attorney
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
Post Office Box 1900
Reno, Nevada 89505
Tel: (775) 334-2050
Email: Herbolsheimera@reno.gov
*Attorneys for Defendant Reno Police Officer R. Jager*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KILLINGER,<br><br>    Plaintiff,<br><br>vs.<br><br>RENO POLICE OFFICER R. JAGER,<br><br>    Defendant. | CASE NO.: 3:25-cv-00388-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON EXCESSIVE FORCE (ECF No. 17)**<br><br>(First Request) |

IT IS HEREBY STIPULATED, pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and 7-1, between Plaintiff JASON KILLINGER ("Plaintiff") and Defendant RENO POLICE OFFICER R. JAGER ("Defendant"), by and through their undersigned counsel, that the deadline for Defendant to respond to Plaintiff's Motion for Partial Summary Judgment on Excessive Force, filed on September 20, 2025 (ECF No. 17), be extended for 10 days, from October 11, 2025 through and until Tuesday, October 21, 2025. This is the first request for extension of time relating to this motion. The extension is being requested due to a pre-planned vacation on defense counsel's calendar in October.

/ / /

/ / /

/ / /

Reno City Attorney
P.O. Box 1900
Reno, NV 89505

-1-

Respectfully submitted,

Dated this  1st  day of October, 2025.                    Dated this  1st  day of October, 2025.

Law Office Of Terri Keyser-Cooper                         Karl S. Hall
                                                          Reno City Attorney

*/s/ Terri Keyser-Cooper*                                 */s/ Alice K. Herbolsheimer*
Terri Keyser-Cooper                                       Alice K. Herbolsheimer
NV Bar No. 3984                                           Deputy City Attorney
125 Edgewater Parkway                                     Nevada Bar No. 6389
Reno, NV 89519                                            P.O. Box 1900
Tel.: (775) 337-0323                                      Reno, NV 89505
*Keysercooper@lawyer.com*                                 Tel.:  (775) 334-2050
*Attorney for Plaintiff*                                  HerbolsheimerA@reno.gov
                                                          *Attorney for Defendant R. Jager*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 1, 2025