TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nevada Bar No. 3984
125 Edgewater Parkway
Reno, NV 89519
(775) 337-0323
Keysercooper@lawyer.com
*Attorney for Plaintiff Jason Killinger*

KARL S. HALL
Reno City Attorney
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
Post Office Box 1900
Reno, Nevada 89505
Tel: (775) 334-2050
Email: Herbolsheimera@reno.gov
*Attorneys for Defendant Reno Police Officer R. Jager*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON KILLINGER,<br><br>　　　　Plaintiff,<br>vs.<br><br>RENO POLICE OFFICER R. JAGER,<br><br>　　　　Defendant. | CASE NO.:  3:25-cv-00388-MMD-CSD<br><br>**ORDER APPROVING STIPULATION AND ORDER FOR AN IN PERSON SETTLEMENT CONFERENCE**<br><br>(First  Request) |

　　　IT IS HEREBY STIPULATED, pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and 7-1, between Plaintiff JASON KILLINGER ("Plaintiff") and Defendant RENO POLICE OFFICER R. JAGER ("Defendant"), by and through their undersigned counsel, that the zoom video settlement conference currently set for November 20, 2025 at 9 a.m. before the Hon. Robert A. McQuaid, Jr. be in person and not via zoom. Plaintiff Killinger is a truck driver, a teamster, and has never used zoom before. He uses a phone for online activities. He has a friend with a computer but the friend

1

has not used zoom either. Terri Keyser-Cooper will not be available to assist him as she will be in Santa Fe, New Mexico. Ms. Keyser-Cooper of course would fly to Reno for the settlement conference. The parties have worked cooperatively together throughout this litigation and are interested in having the settlement conference go forward without a hiccup. If there was any problem with Plaintiff Killinger using the zoom system, it would disturb the court and interfere with the proceedings.

Respectfully submitted,

Dated this 17th day of October, 2025.               Dated this 17th day of October, 2025.

Law Office Of Terri Keyser-Cooper              Karl S. Hall
                                                Reno City Attorney

/s/ Terri Keyser-Cooper                         /s/ Alice K. Herbolsheimer
Terri Keyser-Cooper                             Alice K. Herbolsheimer
NV Bar No. 3984                                 Deputy City Attorney
125 Edgewater Parkway                           Nevada Bar No. 6389
Reno, NV 89519                                  P.O. Box 1900
Tel.: (775) 337-0323                            Reno, NV 89505
*Keysercooper@lawyer.com*                       Tel.: (775) 334-2050
*Attorney for Plaintiff*                        HerbolsheimerA@reno.gov
                                                *Attorney for Defendant R. Jager*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 16, 2025.

2