# EXHIBIT 2

Peppermill Barring Notice dated 3-26-2023

# EXHIBIT 2

Peppermill Barring Notice dated 3-26-2023

23-17041

# Barring Notice

Peppermill Casinos Inc.


PEPPERMILL
RESORT • SPA • CASINO

Report Range: 03/26/2023 to 03/26/2023

## Barring Notice

| | |
|---|---|
| Ref | 2023-0932 |
| Reporting Officer: | S/O JEFFERY MARLOW |
| Police Reference Number | |
| Primary Police Officer | |
| Date Reported | 03/26/2023 |
| Trespass Issue Date: | 03/26/2023 |
| Barred Until: | 09/26/2023 |

**Location Of Incident:**
Peppermill Reno : 2707 S. Virginia St. : Casino : Slots : SECTION 7

**Barred From Location**
Peppermill Reno

**Barred From Specific Location**     ALL PEPPERMILL PROPERTIES

**Reason for Barring**     SLEEPER

## Suspect Information

| Last Name | First Name | Middle Name | Date of Birth |
|---|---|---|---|
| ELLIS | MICHAEL | PHILLIP RYAN | 10/22/1976 |

**Suspect Address(es):**

Address Type: HOME
1702 DRIFTWOOD DR
SPARKS                    NV              89431

| Gender | Height | Weight | Race | Hair Color | Eye Color |
|---|---|---|---|---|---|
| MALE | 5'09" | 235.00 | WHITE | BLOND | HAZEL |

**Notes**
03/26/2023 - CASE# 2023-0932 - SLEEPER - TRESPASS

JAGER 000009