# EXHIBIT 3

Ellis Driver's License

# EXHIBIT 3

Ellis Driver's License



JAGER 000029