# EXHIBIT 4

Killinger Driver's License

# EXHIBIT 4

Killinger Driver's License



JAGER 000027