# EXHIBIT 5

Photo of John Doe taken on 9-17-2023

# EXHIBIT 5

Photo of John Doe taken on 9-17-2023

