# EXHIBIT   6

Peppermill's AI Facial Recognition Software
Results

# EXHIBIT   6

Peppermill's AI Facial Recognition Software

Results

JAGER 000031

| File | Date/Time | Name | Image | Match | Date |
|---|---|---|---|---|---|
| GE-2821 | 9/17/2023 4:16:58 AM | Michael Ellis |  | 99.8% | 2023-09-... |
| GE-2815 | 9/17/2023 4:18:49 AM | Michael Ellis |  | 99.9% | 2023-09-... |
| GE-2821 | 9/17/2023 4:20:33 AM | Michael Ellis |  | 99.8% | 2023-09-... |



JAGER 000032

23-17041







JAGER 000033