# EXHIBIT 8

RPD General Order P-312-04 Re Prisoner
Transport

# EXHIBIT 8

RPD General Order P-312-04 Re Prisoner
Transport

## RENO POLICE DEPARTMENT GENERAL ORDER

This directive is for internal use only and does not enlarge this department's, governmental entity's and/or any of this department's employees' civil or criminal liability in any way.  It is not to be construed as the creation of a particular standard of safety or care in an evidentiary sense, with respect to any complaint, demand for settlement, or any other form of grievance or litigation.  Violations of this directive, if substantiated, can only form the basis for intra-departmental administrative sanctions.

| Chief of Police:    Michael Poehlman   /s/ | | |
|---|---|---|
| Legal Advisor:    Karen Fraley    /s/ | | |
| Approving Deputy Chief:    Jim Johns    /s/ | | |
| General Order No: P-312-04 | Issued: June 9, 2004 | Supersedes: 3/610.000, 3/611.000 |
| | Reissued: July 3, 2007 | Revised:  April 19, 2007 |
| General Order Title: **PRISONER TRANSPORT** | | |

## POLICY

Proper knowledge and procedures for escorting prisoners are essential to the safety and security of the prisoner, the officers involved, and the general public. Adherence to specific guidelines will be followed to ensure that the transport is efficient, safe, and secure. In order to avoid possible injurious situations involving prisoners, transporting officers, and canines, the Reno Police Department has also established procedures for transportation of prisoners by canine units.

## PROCEDURES

### General Operations

1. Prior to each shift, officers will inspect their patrol vehicle to determine that equipment is functioning properly and there is no contraband in the interior.
2. Officers will search their vehicle prior to and immediately after transporting a prisoner.
3. Prisoners will be searched prior to being transported by officers. If the transporting officer is not the arresting officer, the transporting officer will conduct his/her own search of arrestee prior to transport.
4. The prisoner will be placed in a position that allows for the greatest degree of visibility and control by officer(s).
   Vehicle with Safety Barrier - If the vehicle is equipped with a safety barrier, the arrestee is to ride in the rear, seat-belted. Officers will not ride in the rear.  The arrestee should be seated in the right rear seat. (If two officers are in the vehicle, place the arrestee in the left rear seat.)  Two prisoners may be transported in a marked unit when there is a safety barrier in the vehicle.
   Vehicle with No Safety Barrier - In a vehicle with no safety barrier, transport the arrestee in right front seat, seat-belted.  If two officers are in the vehicle, the second officer rides in the right rear seat, behind the arrestee.

5. *Officers transporting a prisoner will notify Communications of the starting location and destination.  If the prisoner is of the opposite sex, the officer, in addition to advising the*

Page 1 of 4

JAGER 000042

*starting location and destination, will also advise Communications of the starting mileage and then the ending mileage when destination is reached.*

6.  During transport of a prisoner, officers will not respond to calls for service. The only exception is if an officer witnesses an emergency situation, and immediate action is necessary to protect life and property. In emergency situations, the transporting officer must ensure the safety and security of the prisoner being transported.

7.  During transport, the prisoner will not be allowed to communicate with non-Department personnel.

## Safety/Security Operations

Upon arrival at the Washoe County Detention Facility, the transporting officer will do the following:

- Secure weapons in the firearms lockers;
- Escort and turn the handcuffed prisoner over to jail personnel in sallyport;
- Remain in sallyport until released from custodial responsibility for prisoner;
- Deliver necessary paperwork and documentation to jail personnel; and
- Retain a copy of the completed "P.C." and turn it into RPD's Records Section with completed reports.

If a prisoner is sick or injured and requires medical treatment, an ambulance will be contacted to respond. The officer will render necessary first aid within his/her training level until paramedics arrive.

If a prisoner is transported to a medical facility, the officer will accompany the prisoner and maintain custody/control while at the medical facility.

If a prisoner requires non-emergency treatment, the transporting officer will take the prisoner to Washoe County Detention Facility and/or contact REMSA to respond to the scene (depending on the nature of the injury) where an evaluation of the prisoner can be conducted.

If the prisoner's illness or injury requires hospitalization, the officer will contact the on-scene supervisor/watch commander. The supervisor will determine if the prisoner will be guarded or if a citation can be issued.

## Special Transport Situations

When a handicapped, sick, or injured person is being transported, special care should be taken to not create undue hardship on the prisoner, or unsafe conditions for the officer.  Store belongings for such persons *e.g.*, meds, walking aids, etc., in an area away from prisoners.

Restraining devices will be used on handicapped, injured, or ill persons unless the nature of the disability is such that the transport poses no risk of escape, harm, or injury to the prisoner, other transports, or officers.

When transporting mentally-disturbed prisoners, approved restraining devices may be used, *i.e.*, handcuffs, flex cuffs, ripp restraints, belly chains, and /or leg chains.

## Handcuffing Prisoners

Arrestees and individuals taken into protective custody by department personnel will be handcuffed behind the back prior to transport. Exceptions to this procedure will be on an

JAGER 000043

individual basis and based on extenuating circumstances.

## Transport Equipment

1. The Prisoner Transport Vehicle (PTV) is designed for transporting multiple prisoners at one time. Prisoners may be collected or transported from multiple locations. Prisoners are not to be held in a PTV for an unreasonable amount of time. The PTV will not respond to, nor assist with calls, when prisoners are on board, except to transport additional prisoners from a scene.  A PTV will not become involved in responding to emergency calls, taking reports, handling calls, or any other situations where the prisoners will be left unattended or locked in the PTV for an extended period of time.
2. The PTV may be used to transport a handicapped prisoner to a destination when transporting in a regular police unit would be impractical.
3. Juveniles will not be transported with adults in the PTV, unless there is a physical barrier between them.
4. Prisoners of the opposite sex will not be transported together in the PTV, unless there is a physical barrier between them.

## Prisoner Escape

1. If a prisoner being transported escapes while in the City limits, officers will immediately notify Communications of the circumstances and location. Officer(s) will attempt to regain custody of the prisoner by:
   - Setting up a perimeter;
   - Initiating local and county- wide broadcasts; and/or
   - Requesting assistance from other law enforcement agencies.

2. If, while being transported, a prisoner escapes in another city, but still in Washoe County, the officer(s) will immediately notify Communications, and request the assistance of the agency in whose jurisdiction the escape occurred. The officer(s) will make every attempt to regain custody of the prisoner.
3. If escape occurs in another County or State, the transporting officer(s) will immediately notify the police agency with jurisdiction over the city or county in which the escape occurred, requesting their assistance. The officer(s) will make every attempt to regain custody of the prisoner. The officer(s) will notify the watch commander of the circumstances as soon as possible.
4. When a prisoner escapes from the custody of a Department officer, the officer will prepare necessary crime/supplemental reports documenting the incident.

## Long Distance Transportation

The only time a prisoner will be transported long distances is in the case of an extradition.  In these cases, employees will adhere to the appropriate General Order.
## Court and/or Special Transportation for Prisoners

The Washoe County Sheriff's Office will be responsible for the transportation of prisoners to court and for special prisoner transports.
## Prisoner Transport by Canine Officers

Canine officers are generally allowed to transport prisoners from most arrest situations; however, there are some situations when a canine officer should not transport prisoners. Canine officers will transport their own prisoners unless one of the following conditions exists:

JAGER 000044

- The prisoner is combative;
- The prisoner is verbally abusive and would be a potential agitation factor for the officer's canine;
- The prisoner is injured or bleeding; and/or
- Circumstances exist which lead the officer to believe that the prisoner presents an articulable safety or control problem.

A canine officer will not transport a prisoner in a vehicle without a cage.

When a canine officer determines that circumstances exist which dictate he/she should not transport a prisoner, he/she will request a non-canine unit be assigned for prisoner transport.

JAGER 000045