# EXHIBIT 9

Pretrial Assessment Report

# EXHIBIT 9

Pretrial Assessment Report



# PRETRIAL ASSESSMENT REPORT

## DEFENDANT INFORMATION

Name: Killinger, Jason
Jail ID: P-195083
DOB: 7-28-1983
Gender: M
Military: No
Primary Language: English
Place of birth: ID
Personal Pronoun: He/Him

Address: 600 New Port Space E10
Reno, NV
Phone #: (208) 316-0280 - Mobile
Texts OK? Yes
Emp Status: Employed/FT
Employer: UPS
Occupation: Feeder Driver
Email: N/A

## COURT & CASE INFORMATION

Court: RMC
Case No.: RPD23-17041
Booking No.: 23-10668
Arresting Agency: Reno PD
Arrest Date: 9-17-2023

## ARREST CHARGES (CURRENT BOOKING)

| Case Number | NOC | Level | Description | Counts |
|---|---|---|---|---|
| RPD23-17041 | 53166 | M | Trespass, not amounting to burglary | 1 |

## INTERVIEW NOTES

Interview Date: 9-17-2023

The defendant reports being in the Reno area and at his current address for the last three years. He indicates that he is supported by full time employment and has worked for his employer for 18 years. The defendant is charged with a less serious misdemeanor that does not require an NPRA. The arresting agency has requested a WINS check to confirm the defendant's identity. Awaiting return of WINS check for release consideration. MXS ***UPDATE: The WINS check was returned and the defendant was positively identified as Jason James Killinger. The defendant qualifies and was released on his own recognizance with RMC supervision.

## PRETRIAL RECOMMENDED CONDITIONS

Pursuant to the Washoe County supervision matrix, RECOMMENDED CONDITIONS ARE:

(NOTE: If the defendant has multiple charges, the highest supervision level is recommended.)

**Final NPRA Score:**                          Override: No

Assessment PSO:                                Prior Supervising PSO: No Previous Supervision