# EXHIBIT 10

WCSO Own Recognizance Release Form

# EXHIBIT 10

WCSO Own Recognizance Release Form

# SUPERVISED RELEASE ACKNOWLEDGMENT

Defendant's Name: **Killinger, Jason (aka Doe, John)** DOB: **7/28/83** Pronoun: **He**

Phone: **(208) 316-0280** Email: **N/A** Court Reminders: ☒ Call ☒ Text ☐ Email

**SUPERVISING AGENCY:** Supervising Agency may be changed.

| Department of Alternative Sentencing | Reno Municipal Court Marshals |
|---|---|
| ☐ Report in-person on: _____ <br> 1530 E. 6th St. <br> Reno, NV 89512 <br> (775) 221-8424 <br> Monday- Friday 8:00 am-3:00 pm | ☐ ~~Report by phone on:~~ **Call w/ questions** <br> ☐ ~~Report in-person on:~~ _____ <br> 1 South Sierra Street <br> Reno, NV 89501 <br> (775) 334-3077 <br> Monday- Thursday 8:00 am-4:00 pm |

**MAKE ALL COURT APPEARANCES:**

| Reno Justice Court | Reno Municipal Court |
|---|---|
| 1 South Sierra Street <br> Reno, NV 89501 <br> (775) 325-6500 <br> Court Date/Time: _____ <br> Case No.: _____ | 1 South Sierra Street <br> Reno, NV 89501 <br> (775) 334-2290 <br> Court Date/Time: **10/17 @ 2pm** <br> Case No.: **RPD23-17041** |

**SUPERVISION CONDITIONS:** **\*\*CONDITIONS IN EFFECT UNTIL FURTHER COURT ORDER \*\***

☐ **Check-in with supervising agency:** ☐ Weekly ☐ Monthly ☐ Other _____ ☐ TBD by supervisor

☐ **No Alcohol Use:** Testing ☐ Yes ☐ No ☐ Random ☐ Other _____ ☐ TBD by supervisor

☐ **No Controlled Substances w/o valid Rx:** Testing ☐ Yes ☐ No ☐ Random ☐ Other _____

☐ TBD by supervisor    **\*\*Marijuana use to be approved by the court\*\***

☐ **Must remain within the State of Nevada**    ☐ **Must remain within Washoe County**

☐ **No possession or access of firearms**    ☐ **No possession or access to weapons**

☐ **Electronic Monitoring:**

☐ GPS ☐ GPS/House Arrest ☐ Continual Alcohol Monitor ☐ Remote Breath (such as OSM) ☐ V-Check

**Enrollment:** ☐ Prior to Release ☐ Within 24 hours after release

*Sober 24 - (775) 221-8424    Intercept - (775) 323-8273*

☒ **No contact with victim:** You are prohibited from having any contact with the alleged victim in any manner directly, indirectly, or through a third party. You are further prohibited from being within **100 feet** of the alleged victim, the alleged victim's residence, place of work or school. If you share a residence with the alleged victim, you may retrieve personal items on one occasion while accompanied by law enforcement. **TK** (initials) If ordered. **2707 S. Virginia Street (Peppermill)**

☒ Other: **Obey all laws**

**ACKNOWLEDGEMENT:**

I understand that I must appear at all times and places ordered by the court and all courts before hearing this case. I must appear at all scheduled court appearances sober and not under the influence of any drug or alcohol. I understand I must obey all laws. I will comply with the conditions of release ordered by the court. If I violate any conditions of release I may be (a) charged with a misdemeanor; (b) held in contempt pursuant to NRS 22.010, (c) subject to changes to release conditions; (d) revoked and remanded to custody, (e) subject to any other allowable punishment by the court. I waive all my rights to extradition proceedings in this case and I am responsible for extradition costs. **I must inform the supervising agency of any change in my contact information immediately.** I authorize Pretrial Services/DAS/Reno Marshals to contact and share information with city, state, county, and federal representatives. **\*\*\*Any law enforcement officer shall arrest this defendant with probable cause to believe that the defendant has violated these conditions.\*\*\***

Defendant: *[signature]* Date: **9/17/23** Booking #: **23-10668**

Witness: *[signature]* Interpreter Needed: **No**    ☐ SUP. BAIL ☐ JOR ☒ PSOR ☐ OTHER

JAGER 000049

## WASHOE COUNTY SHERIFF'S OFFICE
## OWN RECOGNIZANCE RELEASE REQUEST FORM

**Processed by** ms  **Date** 9/17/23

**Defendant's Name** Doe, John AKA Killinger, Jason
**Booking #** 23-17668  **Arresting Agency** Reno Police Dept
**Approving Judge** _____  **DOB** 7/28/83

**Case #** RPD23-17041  **Warrant #** _____
**Charges** Tres. Pass
**Charges** _____

**NPRA Score** L-Svn  **Supervision Level: Basic / Medium / Enhanced**

☒ **Reno Municipal Court**  **Date & Time** 10/17 @ 2pm
**1 South Sierra Street, Reno**  775-334-2290  Mon – Thurs 7:30 a.m. – 4:00 p.m.

☐ ~~Sparks Municipal Court~~  ~~Date & Time~~  ~~at 10am~~
~~1450 C Street, Sparks~~  ~~775-353-2286~~  ~~Mon – Thurs 7:30 a.m. – 4:00 p.m.~~

~~Report in person to the Court the next business day after release.~~

☐ **District Court Dept.** _____  **Date & Time** _____
☐ **Reno Justice Court**  **Date & Time** _____
☐ **Sparks Justice Court**  **Date & Time** _____
☐ **Incline Village Justice Court**  **Date & Time** _____
☐ **Wadsworth Justice Court**  **Date & Time** _____

If I am released on my Own Recognizance, I hereby promise to appear in the above marked court at the time listed. I am fully aware that my Failure to Appear on the above mentioned date/time will result in my arrest and an additional charge against me. If I should leave the Court's jurisdiction, I hereby waive all rights and any formal requirements relating to extradition proceedings, and further, I will be responsible for any and all expenses relating to my return to this jurisdiction.

I further acknowledge that I understand that any Court of competent jurisdiction may revoke this order of release without bail, without notice, and may order me into custody or require me to furnish bail, or otherwise, in order to insure my appearance.

**Defendant's Signature** _Jam Killy_

White-Booking    Yellow-Court Services    Pink-Inmate

S-702 (8/19)

JAGER 000050