# EXHIBIT 11

Criminal Complaint

# EXHIBIT 11

Criminal Complaint

23-17041

IN THE MUNICIPAL COURT OF THE CITY OF RENO

COUNTY OF WASHOE, STATE OF NEVADA

CITY OF RENO,

        Plaintiff,

vs.

DOE, John ,

        Defendant.

**CRIMINAL COMPLAINT**
**(General)**

RPD CASE NO. 23-17041

COURT CASE NO.

DOB 1/1/80

/ NONE FIXED /

I, Luke Ely , hereby complain and say that DOE, John has committed the crime of TRESPASSING to wit:

That said defendant on or about 9-17-2023 , in the City of Reno, State of Nevada, in the vicinity of 2707 S. VIRGINIA ST.

THE ABOVE DEF WILLFULLY AND UNLAWFULLY RETURNED TO THE PEPPERMILL PROPERTY AFTER BEING TRESPASSED ON 03/26/2023 WHICH IS WITHIN THE LAST 6 MONTHS.

☒   All of which is in violation of NRS 207.200 as adopted by Section 1.04.015 of the Reno Municipal Code.

☐   All of which is in violation of _____ of the Reno Municipal Code.

☐ **Civil Infraction(s):** pursuant to NRS484A.7033 the following civil violations are alleged arising out of the same set of facts as the criminal violation(s) as adopted by Section 1.04.015 of the Reno Municipal Code:

Pursuant to NRS 171.102, I hereby declare upon information and belief and under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____       9/17/23
(Complainant)                                    (Dated)

12/22

JAGER 000007



# RENO POLICE DEPARTMENT STATEMENT

**FOR POLICE USE ONLY:**
CASE NO: 23-17041
TAKEN BY: ~~SGT~~ JAGER 160

## PERSON MAKING STATEMENT

| Field | Value |
|---|---|
| NAME OF PERSON MAKING STATEMENT: | Luke ELY |
| OTHER NAMES USED: | |
| RESIDENCE (STREET) ADDRESS: | 2707 S. Virginia Street |
| HOME PHONE: | |
| CITY: | Reno |
| STATE: | NV |
| ZIP: | 89502 |
| WORK PHONE: | 775-689-7355 |
| RACE: | ☒ OTHER |
| SEX: | ☒ MALE |
| OCCUPATION AND WHERE EMPLOYED: | Security, Peppermill |
| WORK/SCHOOL ADDRESS: | 2707 S. Virginia St Reno, NV 89502 |
| INVOLVEMENT: | ☒ COMPLAINANT |
| MY LOCATION WHEN EVENT OCCURRED: | Peppermill Reno |

## WRITTEN STATEMENT

On 09/17/2023 at approximately 0417 hours, Peppermill Security Officer Sara RAMIREZ and I was Dispatched to The Main Cage for a report of a prior trespasser by the name of Michael ELLIS was previously trespassed on 03/26/2023 (Case Number (2023-0932), by Peppermill Security Officer Jeffery MARLOW. I contacted and presented ELLIS with a Barring Notice and informed them that they were being placed under arrest for Trespassing. ELLIS was then placed under arrest, using handcuffs, which were checked for tightness and double locked. ELLIS was then escorted to the Holding Office. Once in the Holding Office, ELLIS was searched for weapons and means of escape, none were found. ELLIS was then seated on the holding bench to await Reno Police Department notification or response. ELLIS was later identified as Jason James KILLINGER, date of birth 07/28/1983. Through Survellance software, a 100% positive match was to ELLIS / KILLINGER.

DATE & TIME OF STATEMENT: 09/17/23 0258 Hours
NO PAGES IN STATEMENT: 1
SIGNATURE OF PERSON MAKING STATEMENT: [signed]

FOR POLICE USE ONLY: RELS. TO:    DATE:    BY:

DISSEMINATION RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY. SECONDARY DISSEMINATION IS PROHIBITED.

Revised 2/1/09