# EXHIBIT 13

## Authorization to Represent

# EXHIBIT 13

## Authorization to Represent

Case No.  23CR-11488  
Department No:  
Court Date:  10-17-23

**FILED**  
**Reno Municipal Court**  
VG  
09/26/2023 16:58:16

## IN THE MUNICIPAL COURT OF THE CITY OF RENO, COUNTY OF WASHOE, STATE OF NEVADA

CITY OF RENO,

                           Plaintiff,   **AUTHORIZATION TO REPRESENT**

vs.

JASON JAMES KILLINGER

                      Defendant.

I, JASON JAMES KILLINGER (defendant), in accordance with N.R.S.178.388(3), do hereby designate Richard A. Salvatore, Esq., to represent me in all stages of the action against me in the court on all necessary dates and consent to proceedings in my absence.

[ X ]  My attorney has apprised me of my applicable constitutional rights and I hereby assert that I am aware of said rights, and I waive my arraignment and request that the charge(s) be set for trial.

[ ]  My attorney has apprised me of my right to a speedy trial and I hereby waive my right to have my trial held within sixty (60) days.

_____                            9-26-2023  
Defendant's Personal Signature **(Mandatory)**        Date

[ ]  An interpreter for the _____ language is necessary for further proceedings in this matter.

[ X ]  I hereby certify that I am an attorney licensed to practice law in the State of Nevada and I have agreed to represent the defendant herein.

_____                            9-25-23  
Attorney for Defendant **(Mandatory)**              Date

RICHARD A. SALVATORE, ESQ.  
Bar No.6809

Address: 301 Flint St., RENO, NV 89501

[ ] Except for change of plea  
[ ] Except for trial Phone:  775-786-5800  
Email: rich@MLRENO.com

The Court   [ ] Approves the above request.  
                  [ ] Disapproves the above request.  
                  [ ] Except for sentencing (if applicable)

_____  
Municipal Court Judge

*Rights of Defendant  
NRS 178.388(3): Presence of defendant.

In prosecutions for offenses punishable by fine or by imprisonment for not more than 1 year, or both, the court, with the written consent of the defendant, may permit arraignment, plea, trial and imposition of sentence in the defendant's absence, if the court determines that the defendant was fully aware of the applicable constitutional rights when the defendant gave consent.

COURT APPROVED FORM                                                                 REVISED July 2016