# EXHIBIT 14

## Notice to Set Hearing

# EXHIBIT 14

## Notice to Set Hearing

F I L E D
RENO MUNICIPAL COURT
By VD Sep 28 2023

**IN THE MUNICIPAL COURT OF THE CITY OF RENO**
**COUNTY OF WASHOE, STATE OF NEVADA**
**ONE SOUTH SIERRA STREET, RENO, NV 89505**
**Mailing: P.O. Box 1900, Reno, NV 89505 PHONE (775)334-2290 FAX (775)334-3824**

## NOTICE SETTING HEARING
## 11/9/2023

### City of Reno, Plaintiff
### vs.
## DEFENDANT: KILLINGER, JASON JAMES

Court Case #: 23CR-11488    DOB: 7/28/1983    Case Status: Active

Agency: 23-17041    Booking Nbr: 23-10668

Attorney: Richard A. Salvatore, Esq    Interpreter Language:

96 & 98 Winter Street
Reno, NV 89503
775-786-5800

### Court Hearing Information

| Hearing Type | Judicial Officer | Location | Hearing Date | Hearing Results |
|---|---|---|---|---|
| Arraignment Hearing | Hazlett-Stevens, Christopher | Courtroom A, 1st Floor | 10/17/2023  2:00 PM | Authorization to Represent Filed |
| Bench Trial | Champagne, Justin | Courtroom D, 2nd Floor | 11/9/2023  1:00 PM | |

### Charge and Sentence

| | | | |
|---|---|---|---|
| Charge 1 | 207.200 207.200 Trespass, Not Amounting to Burglary During the Previous 24 Months | | Sentence: |
| Offense Dt | 9/17/2023 | Arrest Dt | Suspended: |
| Plea | | | |
| Disposition | | | |

### Interim Conditions

### Events

9/18/2023 Court Pre-trial Supervision
never checked in rlsd 9-17@1610

9/18/2023 Court Services Own Recognizance Release

Defendant: KILLINGER, JASON JAMES    Agency: 23-17041    Case #: 23CR-11488

JAGER 000052

**IN THE MUNICIPAL COURT OF THE CITY OF RENO**
**COUNTY OF WASHOE, STATE OF NEVADA**
**ONE SOUTH SIERRA STREET, RENO, NV 89505**
**Mailing: P.O. Box 1900, Reno, NV 89505 PHONE (775)334-2290 FAX (775)334-3824**

JUDGE'S SIGNATURE: _____  DATE: _____9-28-23_____
THE HONORABLE

You are ordered by the Court to arrive drug/alcohol free and on time for all Court hearings and Court related programs. Failure to appear in Court will result in the issuance of a warrant for your arrest. Any violation of this instant order may result in contempt proceedings and the filing of additional criminal charges. In accordance with NRS 22.010, it is a misdemeanor for any person to fail, refuse or neglect to comply with the terms of any order issued by the Municipal Court Judge. This order will remain in effect until the Court issues another order superseding it.

I UNDERSTAND AND PROMISE TO OBEY THIS ORDER. DEFENDANT:_____EMAILED_____


I, THE SWORN INTPRETER HAVE FULLY INTERPRETED THIS ORDER TO THE
DEFENDANT: _____     Date:_____ Time:_____

ISSUED BY MARSHAL:_____     Date:_____ Time:_____

RECEIVED BY DEPUTY: _____     Date:_____ Time:_____

Defendant: KILLINGER, JASON JAMES          Agency: 23-17041          Case #: 23CR-11488

JAGER 000053