# EXHIBIT 15

Supplemental Declaration of Richard Jager

# EXHIBIT 15

Supplemental Declaration of Richard Jager

**SUPPLEMENTAL DECLARATION OF RICHARD JAGER
IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON EXCESSIVE FORCE**

I, RICHARD JAGER, declare:

1. I am over the age of eighteen (18) and am competent to testify to the matters set forth in this Declaration and will do so if called upon to testify.

2. I am an officer of the Reno Police Department, employed by the City of Reno.

3. When I took John Doe (later determined be Plaintiff Killinger) into custody at the Peppermill on September 17, 2023, I placed two separate sets of my handcuffs on him, connecting them, and removed the handcuffs Peppermill security had placed on him.

4. In so doing, I made sure the handcuffs were not too tight around his wrists by slipping one finger between the cuff and his wrists, as I was trained to do.

5. I also made sure that the cuffs were "double locked," which prevents the cuffs from further or accidentally tightening during transport.

6. As stated in my prior declaration, I granted his request to keep the handcuffs loose by "double-cuffing" him to provide maximum comfort and range of motion.

7. Although he expressed *wanting* to be out of the cuffs, at no time while Mr. Killinger was in my custody did he ever complain that the handcuffs were too tight around his wrists, that they were cutting into his wrists, that his hands/wrists were going numb, or that his hands/wrists were otherwise in pain.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed on this 21ST day of OCTOBER, 2025, in Reno, Washoe County, Nevada.

By _____
RICHARD JAGER