# EXHIBIT 16

Renown Urgent Care Records

# EXHIBIT 16

Renown Urgent Care Records

RENOWN REGIONAL MEDICAL CENTER
1155 Mill Street
Reno NV 89502-1576

Killinger, Jason James
MRN: 4729438, DOB: 7/28/1983, Legal Sex: M
Visit date: 9/18/2023

## 09/18/2023 - Office Visit in Renown Urgent Care Vista

| | | | |
|---|---|---|---|
| **Patient Name:** | Killinger, Jason James | Admit Date/Time: | 9/18/2023 |
| | | Discharge Date/Time: | |
| **Private Encounter:** | | Hospital Account #: | |
| | | MRN: | 4729438 |
| **ENCOUNTER** | | CSN: | 8637664421 |

| | | | |
|---|---|---|---|
| Patient Class | | Unit: | |
| Hospital Service: | | Room: | Bed: |
| Admitting Provider: | | Admit Diagnosis: | |
| Attending Provider: | | PCP: | PCP PT STATES NONE |
| Referring Provider: | No ref. provider found | Chief Complaint | WRIST PAIN |

**PATIENT**

| | | | | | |
|---|---|---|---|---|---|
| Name: | Killinger, Jason James | DOB: | 7/28/1983 | Age: | 40 Y |
| Address: | 600 NEWPORT LN UNIT D10 | Marital Status: | DIVORCED | Sex: | Male |
| | Reno NV 89506 | Home Phone: | 208-316-0280 | | |
| Race: | WHITE     REL: NON-RELIGIOUS | Mobile Phone: | 208-316-0280 | | |
| Ethnicity: | Not Hispanic, Latino/a, * | Email: | | | |
| Primary Language: | ENGLISH | Emplymnt Status: | Full Time | | |
| Employer: | UPS | SSN: | ███████ | | |
| Employer Address: | 315 VISTA BLVD. | Occupation: | | | |
| | Reno NV 89523 | Interpreter?: | No | | |

**EMERGENCY CONTACTS**

| | | | |
|---|---|---|---|
| Name: | KILLINGER, ANN | Name: | *NO CONTACT SPECIFIED* |
| Address: | | Address: | |
| Home Phone: | | Home Phone: | |
| Work Phone: | Mobile Phone: 208-316-3597 | Work Phone: | Mobile Phone: 208-316-3597 |
| Primary Phone?: | Mobile phone | Primary Phone?: | Mobile phone |
| Relation: | Mother | Relation: | |

**GUARANTOR**

| | | | |
|---|---|---|---|
| Name: | | DOB: | Sex: |
| Address: | | Relation: | Self |
| | | Home Phone: | |
| Employer: | | Other Phone: | |
| Employer Addr: | | Emplymnt Status: | |
| | | Occupation: | |

**IF ACCIDENT RELATED:**   DATE OF INJURY:     CLAIM ID:

**COVERAGE**

**Primary:**
| | |
|---|---|
| Insurance Addr: | FC: |
| | Subscriber Id: |
| | Group: |
| Insurance Phone: | Subscriber Name: |
| Relation: | Subscriber DOB: |
| Subscriber Emplyr: | Emplymnt Status: |

**Secondary:**
| | |
|---|---|
| Insurance Addr: | FC: |
| | Subscriber Id: |
| | Group: |
| Insurance Phone: | Subscriber Name: |
| Relation: | Subscriber DOB: |
| Subscriber Emplyr: | Emplymnt Status: |

8637664421

RENOWN REGIONAL MEDICAL CENTER
1155 Mill Street
Reno NV 89502-1576

Killinger, Jason James
MRN: 4729438, DOB: 7/28/1983, Legal Sex: M
Visit date: 9/18/2023

## 09/18/2023 - Office Visit in Renown Urgent Care Vista (continued)

### Reason for Visit

**Chief Complaint** [last edited by Amanda D Duff, Med Ass't on 9/18/2023 1559]
- Wrist Pain (Shoulder pain bilateral)

**Visit Diagnoses** [last edited by Brion R Hill, M.D. on 9/18/2023 1614]
- Strain of right shoulder, initial encounter
- Strain of left shoulder, initial encounter
- Contusion of right wrist, initial encounter
- Contusion of left wrist, initial encounter

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Brion R Hill, M.D. | Brion R Hill, M.D. |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Renown Urgent Care Vista | 910 Vista Blvd. Sparks NV 89434-6501 | 775-982-5000 | 775-982-4585 |

#### Level of Service

**Level of Service**
PR OFFICE/OUTPATIENT ESTABLISHED LOW MDM 20-29 MIN

### Appointment Information

**URGENT/SAME DAY**
9/18/2023 3:50 PM

**Completed**
Copay Due: $0.00

| Time | Provider | Department | Length |
|---|---|---|---|
| 3:50 PM | | | 15 min |

Arrival Time: 3:52 PM
Enc Form Number: 20929933

Notes:
late saturday night arrested/ wrists hurt from hand cuffs and shoulder pain

#### History

| | | By: | |
|---|---|---|---|
| Made On: | 9/18/2023 3:49 PM | Erica de La Rosa | ES |
| Checked In: | 9/18/2023 3:52 PM | Erica de La Rosa | ES |
| Changed: | 9/18/2023 3:54 PM | Amanda D Duff, Med Ass't | MR |
| Remove Arr.: | 9/18/2023 3:56 PM | Amanda D Duff, Med Ass't | MR |
| EOD Status: | 9/21/2023 12:07 AM | Scheduled Batch | ES |
| Checked Out: | 9/21/2023 1:43 AM | Zzzrenown Pb Nightly Processor | AR |

#### Changes

9/18/2023 3:54 PM

| Old Appointment: | New Appointment: |
|---|---|
| Visit Type: URGENT/SAME DAY | Visit Type: URGENT/SAME DAY |
| Provider: VISTA URGENT CARE | Provider: Brion R Hill, M.D. |
| Dept: VISTA URGENT CARE [110530162] | Dept: VISTA URGENT CARE [110530162] |
| Date: 9/18/2023 | Date: 9/18/2023 |
| Time: 3:50 PM | Time: 3:50 PM |
| Length: 15 | Length: 15 |

Printed on 10/1/24 5:18 PM

Page 4

| RENOWN REGIONAL MEDICAL CENTER | Killinger, Jason James |
|---|---|
| 1155 Mill Street | MRN: 4729438, DOB: 7/28/1983, Legal Sex: M |
| Reno NV 89502-1576 | Visit date: 9/18/2023 |

### 09/18/2023 - Office Visit in Renown Urgent Care Vista (continued)

**BMI and BSA Data**

Body Mass Index: 36.94 kg/m²      Body Surface Area: 2.56 m²

**Patient as-of Visit**

Immunizations as of 9/18/2023
  No documentation.

## Medications

**Medications the Patient Reported Taking**

ibuprofen (MOTRIN) 200 MG Tab (Taking)

**Medications at Start of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| ibuprofen (MOTRIN) 200 MG Tab (Taking) | 30 Tablet | — | 1/15/2023 | — |

Sig - Route: Take 2-3 Tablets by mouth every 6 hours as needed (moderate or severe pain). 2 for moderate pain, 3 for severe pain - Oral
Class: OTC

**Renewals**

Renewal requests to authorizing provider (Evan M Cherry, M.D.) <b>prohibited</b>

**Medications Last Reviewed During Encounter By**

Brion R Hill, M.D. on 9/18/2023 at 4:04 PM

**Reviewed Medications**

Outpatient Medications

| Medication | Ordered On | Status |
|---|---|---|
| ibuprofen (MOTRIN) 200 MG Tab | 1/15/2023 | Taking |

**Physician Progress Notes**

Progress Notes

**Brion R Hill, M.D. at 9/18/2023 1550**

Author: Brion R Hill, M.D.        Service: Family Medicine          Author Type: Physician
Filed: 9/18/2023 4:23 PM          Encounter Date: 9/18/2023         Status: Signed
Editor: Brion R Hill, M.D. (Physician)

### Subjective

Jason James Killinger is a 40 y.o. male who presents with Wrist Pain (Shoulder pain bilateral )

Onset 4am yesterday handcuffed behind his back for 4 hours. He was arrested due to mistaken identity. Bilateral wrist pain 7/10 severity. Left wrist is worse. Bilateral shoulder pain 7/10 severity. R shoulder is worse. No prior injury or surgery. No OTC medication. No neck or back pain. No other aggravating or alleviating factors.

Printed on 10/1/24 5:18 PM                                                                                     Page 5

RENOWN REGIONAL MEDICAL CENTER  
1155 Mill Street  
Reno NV 89502-1576  

Killinger, Jason James  
MRN: 4729438, DOB: 7/28/1983, Legal Sex: M  
Visit date: 9/18/2023  

**Medications (continued)**

**Physician Progress Notes (continued)**

Review of Systems  
Skin:  
   **No abrasion or laceration**

Neurological: Negative for sensory change and focal weakness.

**Objective**

BP 126/78 | Pulse 88 | Temp 36.6 °C (97.9 °F) | Resp 18 | Ht 1.854 m (6' 1") | Wt (!) 127 kg (280 lb) | SpO2 99% | BMI 36.94 kg/m²

<u>Physical Exam</u>  
<u>Constitutional</u>:  
  Appearance: Normal appearance.  
<u>Musculoskeletal</u>:  
  Arms:



1: ecchymosis  
2: eccymosis  
  Comments: **Right shoulder: diffusely tender without deformity. Pain reproduced abduction and internal rotation against resistance.**

**Left shoulder: no point bony tenderness or deformity. Pain reproduced with abduction against resistance.**

**Left wrist: soft tissue swelling. Ecchymosis dorsal aspect. Range of motion intact. Pain reproduce with movement in all planes. Distal neuro/vascular intact.**

RENOWN REGIONAL MEDICAL CENTER
1155 Mill Street
Reno NV 89502-1576

Killinger, Jason James
MRN: 4729438, DOB: 7/28/1983, Legal Sex: M
Visit date: 9/18/2023

## Medications (continued)

### Physician Progress Notes (continued)

Right wrist: soft tissue swelling. Range of motion intact. Pain reproduced with movement in all planes. Distal neuro/vascular intact.

Skin:
General: Skin is warm and dry.

Neurological:
Mental Status: He is alert.

### Assessment & Plan

1. Strain of right shoulder, initial encounter
2. Strain of left shoulder, initial encounter
3. Contusion of right wrist, initial encounter
4. Contusion of left wrist, initial encounter

Differential diagnosis, natural history, supportive care, and indications for immediate follow-up were discussed.

Ice and nsaid as needed

Electronically signed by Brion R Hill, M.D. at 9/18/2023 4:23 PM

### Flowsheets

| Calculations | |
|---|---|
| **Row Name** | **09/18/23 1556** |
| OTHER | |
| Fibrosis 4 Score | 1.210307295689817777 -AD at 09/18/23 |