# EXHIBIT 17

Declaration of Alice K. Herbolsheimer

# EXHIBIT 17

Declaration of Alice K. Herbolsheimer

**DECLARATION OF ALICE K. HERBOLSHEIMER, ESQ.
IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON EXCESSIVE FORCE**

I, ALICE K. HERBOLSHEIMER, ESQ., declare:

1. I am a Deputy Reno City Attorney, and I am duly licensed to practice law in all federal and state courts in the State of Nevada.

2. I am over the age of eighteen (18) and am competent to testify to the matters set forth in this Declaration and will do so if called upon to testify.

3. I represent Defendant Reno Police Officer Richard Jager in this matter, and I make this Declaration in Opposition to Plaintiff's Motion for Partial Summary Judgment on Excessive Force (ECF No. 17).

4. Attached to the Opposition to Plaintiff's Motion for Partial Summary Judgment on Excessive Force are true and correct copies of the following documents and records:

Exhibit 1 – Declaration of Richard Jager

Exhibit 2 – Peppermill Barring Notice dated 3/26/2023

Exhibit 3 – Ellis Driver's License

Exhibit 4 – Killinger Driver's License

Exhibit 5 – Photo of John Doe taken on 9/17/2023

Exhibit 6 – Peppermill's AI Facial Recognition Software Results

Exhibit 7 – RPD General Order P-280-17 Re: Citations

Exhibit 8 – RPD General Order P-312-04 Re: Prisoner Transport

Exhibit 9 – Pretrial Assessment Report

Exhibit 10 – WCSO Own Recognizance Release Form

Exhibit 11 – Criminal Complaint

Exhibit 12 – Declaration of Jill Drake

Exhibit 13 – Authorization to Represent

Exhibit 14 – Notice to Set Hearing

Exhibit 15 – Supplemental Declaration of Richard Jager

1. Exhibit 16 – Renown Urgent Care Records

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed on this 21st day of October, 2025, in Reno, Washoe County, Nevada.

By _____
ALICE K. HERBOLSHEIMER, ESQ.
Nevada Bar No. 6389