## **EXHIBIT LIST**

Exhibit 1         Killinger Declaration

Exhibit 2         RPD General Order regarding handcuffing

Exhibit 3         Killinger Supplemental Declaration

Exhibit 4         Jager's Body Worn Camera

Exhibit 5         Peppermill Barring Notice to Michael Ellis for Sleeping

Exhibit 6         Killinger's identification on his person and in his vehicle

Exhibit 7         Medical Records

Exhibit 8         RPD General Order regarding persons eligible for citation release

Exhibit 9         RPD General Order on Use of Force

Exhibit 10        Declaration of Counsel

Exhibit 11        Jager arrest report

Exhibit 12        Declaration of Larry Powers

Exhibit 13        Written statement by Luke Ely