Exh. 11

Jager's Police Report

Exh. 11

# TRESPASSING
# RENO POLICE DEPARTMENT



P.O. BOX 1900
455 E 2ND ST
Reno NV 89502
Phone 775-334-2175
Fax

**23-17041**  Supplement No ORIG

Reported Date 09/17/2023
Rpt/Incident Typ TRESPASS
Emp # JAGER, RICHARD

## Administrative Information

| Field | Value |
|---|---|
| Agency | RENO POLICE DEPARTMENT |
| OCA # | 23-17041 |
| Supplement No | ORIG |
| Reported Date | 09/17/2023 |
| Reported Time | 05:07 |
| CAD Call No | 232600219 |
| Status | REPORT TO FOLLOW |
| Rpt/Incident Typ | TRESPASSING |
| Location | 2707 S VIRGINIA ST |
| City | RENO |
| ZIP Code | 89502 |
| Rep Dist | K2D5 |
| Area | RS |
| Beat | 86 |
| From Date | 09/17/2023 |
| From Time | 05:07 |
| Emp # | R16010/JAGER, RICHARD |
| Assignment | Patrol - Swing - Team 23 |
| RMS Transfer | Successful |
| Prop Trans Stat | Successful |
| Property? | None |
| Report Title | TRESPASSING |
| Assignment (author) | Patrol - Grave - Team 06 |
| Author | R14247 |
| Approving Officer | R14394 |
| Approval Date | 09/18/2023 |
| Approval Time | 06:36:12 |
| Arrest/PC Report | Yes |
| Criminal Complaint | Yes |
| Written Statement | Yes |
| # Offenses | 1 |
| Offense | 53166 |
| Description | TRESPASS, NOT AMOUNT |
| Complaint Type | M |
| AC Use | C N |
| Bias | 88 |
| Loc | 47 |
| IBRS | 90J |
| No | 1 |
| NV Offense | 53166 |
| Dom Violence? | N |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| ARR | ARR | 1 | DOE, JOHN | W | M |
| DOB | 01/01/1980 | | | | |
| VIC | VIC | 1 | PEPPERMILL CASINO | | |

## Person Summary

| Invl | Invl No | Type | Name | Race | Sex | DOB | MNI |
|---|---|---|---|---|---|---|---|
| ARR | 1 | I | DOE, JOHN | W | M | 01/01/1980 | 3043125 |
| LEP | 1 | I | ;JAEGER,R RPD PATROL | | | | |
| REP | 1 | I | ELY, LUKE | I | M | 06/20/1983 | 3007670 |
| VIC | 1 | B | PEPPERMILL CASINO | | | | 917521 |

Report Emp # R16010/JAGER, RICHARD   Printed At 10/02/2023 16:08   Page 1 of 3

# TRESPASSING
# RENO POLICE DEPARTMENT

23-17041   Supplement No ORIG

## ARRESTEE 1: DOE, JOHN

| Involvement | Invl No | Type |
|---|---|---|
| ARRESTEE | 1 | INDIVIDUAL |

Name: DOE, JOHN  
MNI: 3043125   Race: WHITE   Sex: MALE  
DOB: 01/01/1980   Age: 43   Ethnicity: NOT OF HISPANIC ORIGIN   Juvenile?: No   Height: 5'10"   Weight: 280#   Hair Color: BROWN   Eye Color: BLUE   Dom Violence?: No  
Res Status: Resident   OFN_INVL: 1   Vic/Ofnd Age: 43   PRN: 4837399  

| Involvement | Arrest Type | Arrest Date | Arrest Time | Status | Dispo |
|---|---|---|---|---|---|
| ARRESTED | ARRESTED | 09/17/2023 | 06:27:00 | BOOKED | Misdemeanor |

Arrest Location: 2707 S VIRGINIA ST   City: RENO  
Rep Dist: K2D5   Armed: Unarmed   Multi-arrests: Not applicable   Beat: 86  

| NOC/Charge | Level | Charge Literal | IBRS | Arrest NOC |
|---|---|---|---|---|
| 53166 | M | TRESPASS, NOT AMOUNT | 90J | 53166 |

## LAW ENFORCEMENT PERSONNEL 1: ;JAEGER,R RPD PATROL

Involvement: LAW ENFORCEMENT PERSONNEL   Invl No: 1   Type: INDIVIDUAL  
Name: ;JAEGER,R RPD PATROL   PRN: 4837400  

## REPORTING PARTY 1: ELY, LUKE

Involvement: REPORTING PARTY   Invl No: 1   Type: INDIVIDUAL  
Name: ELY, LUKE   MNI: 3007670  
Race: AMERICAN INDIAN OR ALASKAN NATIVE   Sex: MALE   DOB: 06/20/1983   Age: 40   Juvenile?: No   PRN: 4837401  
Type: WORK/BUSINESS   Address: 2707 S VIRGINIA ST  
City: RENO   State: Nevada   ZIP Code: 89502   Date: 09/17/2023  
Phone Type: BUSINESS   Phone No: (775) 689-7355   Date: 09/17/2023  

## VICTIM 1: PEPPERMILL CASINO

Involvement: VICTIM   Invl No: 1   Type: BUSINESS   Name: PEPPERMILL CASINO  
MNI: 917521   PRN: 4837402  

## IBRS Info

| Victim Invl No | Offense Codes |
|---|---|
| 1 | 90J |

## Modus Operandi

Premise Type: CASINO   Crime Code(s): Tresspassing  

## Narrative

DISCLAIMER: This report is a summary of the details discovered in this case and is not to be considered verbatim when compared to the Officer's body camera video. Body camera footage was not reviewed before writing this report. Please review the Officer's body camera video for further information about other conversations between the defendant, subjects, victims, and any additional pertinent information related to this case.

Report completed by Officer Jager #16010

DETAILS: (23-17041)
INVOLVED PERSONS:

ARRESTED: JOHN DOE, who will be referred to as JOHN DOE.

COMPLAINANT: Peppermill Security Luke Ely, who will be referred to as LUKE.

Report Emp #: R16010/JAGER, RICHARD   Printed At: 10/02/2023 16:08   Page 2 of 3

# TRESPASSING
# RENO POLICE DEPARTMENT

23-17041    Supplement No ORIG

## Narrative

On 09/17/2023 at approximately 0546 hours I (Officer Jager) responded to the Peppermill Casino located at 2707 South Virginia Street on the report of a repeat trespasser in custody. Peppermill was attempting to issue a citation, but the subject/defendant of the call who was never properly identified, who will be henceforth referred to as JOHN DOE presented Peppermill Security with conflicting identification.

On scene, I met with Peppmill Security who told me that JOHN DOE's face was detected by their video surveillance facial recognition software matching a returned trespasser with 100% confidence. Peppermill Security informed me that the individual was last trespassed on 03/26/2023 where he identified himself as Michael Phillip Ryan Ellis by presenting a valid Nevada Driver License 2102040224.

When JOHN DOE was detained by Peppmill Security in the early morning of 09/17/2023 based on the video surveillance facial recognition software match, JOHN DOE presented a valid Nevada Commercial Drivers License belonging to Jason James Killinger 1007291590. However, the photos on both Driver's Licenses visually matched JOHN DOE. The associated demographics on each Driver's License were fairly similar with the only major distinction being hazel and blue eyes, which are by their very nature similar eye colors and are dependent upon lighting. A routine wants and warrants check on both Ellis and Killinger was negative and neither Ellis nor Killinger had any prior arrest history with additional information to assist in positive identification.

Peppermill Security signed a criminal complaint against JOHN DOE for trespassing based on the video surveillance facial recognition software matching a returned trespasser with 100% confidence who had previously identified himself as Micheal Ellis. Due to JOHN DOE having conflicting identification, he lacked satisfactory evidence to reasonably assure me that he was who he claimed to be thus in accordance with Reno Police Department General Order P-280-17 JOHN DOE did not qualify for a criminal citation.

Based on JOHN DOE being on the property of the Peppermill Casino after having been trespassed on 03/26/2023 he was trespassing in accordance with NRS 207.200. I subsequently arrested JOHN DOE for trespassing and transported him to Washoe County Jail for booking and positive identification.

No further detail.

Report Emp # R16010/JAGER,RICHARD    Printed At 10/02/2023 16:08    Page 3 of 3

Exh. 12

# Declaration of Larry Powers

Exh. 12

## DECLARATION OF LARRY POWERS

I, LARRY POWERS, declare under penalty of perjury that the following statements are true and correct and made with personal knowledge:

1. I am an On Road Supervisor for United Parcel Service and have worked in that capacity for 38 years.

2. I am familiar with Jason Killinger for the past five years as he is a feeder driver for UPS. He is careful and cares about doing a good job for the company.

3. I train people to do the work that Mr. Killinger does.

4. The job of a feeder driver is physically very difficult. They often drive triple trailers which is very difficult and requires a high degree of attention. If a driver is not extremely vigilant he can cause injuries. Lifting the dolly and chaining up tires can be very labor intensive as the dolly's weigh about 70 pounds and the chains can weigh between 45-50 pounds.

5. The job Mr. Killinger does also require that he sometimes load trailers which can consist of lifting 300-400 pounds worth of packages. It also requires that he be able to squat, lift, push and pull sometimes very heavy objects. All of these physical activities, in the best of circumstances can easily compromise a drivers shoulders.

DATED This 26th day of September 2025

LARRY POWERS

Exh. 13

# Witten Statement by Luke Ely

Exh. 13

# RENO POLICE DEPARTMENT STATEMENT

FOR POLICE USE ONLY:
CASE NO: 23-17041
TAKEN BY: ~~SG~~ JAGER 160

## PERSON MAKING STATEMENT

**NAME OF PERSON MAKING STATEMENT:** Luke ELY
**OTHER NAMES USED:**
**RESIDENCE (STREET) ADDRESS:** 2707 S. Virginia Street
**HOME PHONE:**
**CITY:** Reno
**STATE:** NV
**ZIP:** 89502
**WORK PHONE:** 775-689-7355
**RACE:** ☒ OTHER
**SEX:** ☒ MALE
**DATE OF BIRTH:**
**SOCIAL SEC NO:**
**FAX/CELL/PAGER:**
**HEIGHT:** **WEIGHT:** **HAIR:** **EYES:**
**OTHER NO TO CALL:**
**OCCUPATION AND WHERE EMPLOYED:** Security, Peppermill
**EMAIL ADDRESS:**
**WORK/SCHOOL ADDRESS:** 2707 S. Virginia St Reno, NV 89502
**WORK HOURS:** **DAYS OFF:**
**INVOLVEMENT:** ☒ COMPLAINANT
**MY LOCATION WHEN EVENT OCCURRED:** Peppermill Reno

## WRITTEN STATEMENT

On 09/17/2023 at approximately 0417 hours, Peppermill Security Officer Sara RAMIREZ and I was Dispatched to The Main Cage for a report of a prior trespasser by the name of Michael ELLIS was previously trespassed on 03/26/2023 (Case Number (2023-0932), by Peppermill Security Officer Jeffery MARLOW. I contacted and presented ELLIS with a Barring Notice and informed them that they were being placed under arrest for Trespassing. ELLIS was then placed under arrest, using handcuffs, which were checked for tightness and double locked. ELLIS was then escorted to the Holding Office. Once in the Holding Office, ELLIS was searched for weapons and means of escape, none were found. ELLIS was then seated on the holding bench to await Reno Police Department notification or response. ELLIS was later identified as Jason James KILLINGER, date of birth 07/28/1983. Through Survellance softwave, a 100% positive match was to ELLIS/KILLINGER.

**DATE & TIME OF STATEMENT:** 09/17/23 0258 Hours
**NO PAGES IN STATEMENT:** 1
**SIGNATURE OF PERSON MAKING STATEMENT:**

**FOR POLICE USE ONLY: RELS. TO:** **DATE:** **BY:**

DISSEMINATION RESTRICTED TO CRIMINAL JUSTICE AGENCIES ONLY. SECONDARY DISSEMINATION IS PROHIBITED.

Revised 2/1/09

JAGER 000008