TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nevada Bar No. 3984
125 Edgewater Parkway
Reno, NV 89519
(775) 337-0323
Keysercooper@lawyer.com
*Attorney for Plaintiff Jason Killinger*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON KILLINGER,<br><br>        Plaintiff,<br><br>   vs.<br><br>RENO POLICE OFFICER R. JAGER,<br><br>        Defendant. | CASE NO.: 3:25-cv-00388-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN DEADLINES**<br><br>(First Request) |

   IT IS HEREBY STIPULATED by and through the parties and their counsel of record, that the deadlines as written in the Discovery Plan and Scheduling Order (ECF No. 21) may be extended 45 additional days. The reason for the extension is that the parties only just completed a settlement conference on November 20, 2025 before the Hon. Robert A. McQuaid, Jr., and discovery has been stayed up to and including the time of the settlement conference. (ECF No. 33). The settlement conference was unsuccessful, and the parties are now engaged in written discovery and will soon be taking depositions. The parties wish to have the responses to the written discovery before taking depositions.

   The parties intend to propound written discovery by the end of November 2025 and into the first week of December, 2025. The parties have tentatively agreed to take depositions before the end of February 2026 when the written discovery responses will be finalized. Ms. Keyser-Cooper has a pre-paid vacation to Guatamala from February 1 until February 12, 2026, and the parties have

1

1 tentatively agreed to take depositions the last week in February, 2026, subject to the availability of
2 witnesses. The current discovery plan has a discovery cut-off date on 5/19/2026 with expert
3 disclosures due by 3/19/2026. If the depositions commence the last week in February, there would
4 be insufficient time for the depositions to be transcribed and disseminated to the experts in time for
5 the experts to read the depositions and draft their reports.

6     The parties are working cooperatively together and believe an extension of 45 days would
7 be in the interests of justice and in good faith. It is therefore proposed that the discovery deadlines
8 be extended as follows:

| | |
|---|---|
| **Discovery Cut-Off** | Moved from 5/19/2026 to 7/6/2026 |
| **Deadline to Amend Pleadings and Add Parties** | Moved from 2/19/2026 to 4/7/2026 |
| **Initial Expert Disclosures** | Moved from 3/19/2026 to 5/4/2026 |
| **Rebuttal Expert Disclosures** | Moved from 4/20/2026 to 6/4/2026 |
| **Dispositive Motions Deadline** | Moved from 6/19/2026 to 8/3/2026 |
| **Joint Pretrial Order, including Fed. R. Civ. P. 26(a)(3) Pretrial disclosures and any objections thereto** | Moved from 7/20/2026 to 9/4/2026 |

IT IS SO STIPULATED this 25th day of November, 2025.

| | |
|---|---|
| TERRI KEYSER-COOPER<br>Law Office of Terri Keyser-Cooper | KARL S. HALL<br>Reno City Attorney<br>ALICE K. HERBOLSHEIMER<br>Deputy City Attorney |
| By: /s/ Terri Keyser-Cooper<br>Terri Keyser-Cooper<br>*Attorney for Plaintiff Jason Killinger* | By: /s/ Alice K. Herbolsheimer<br>Alice K. Herbolsheimer<br>*Attorney for Defendant R. Jager* |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 25, 2025

2