KARL S. HALL
Reno City Attorney
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
*HerbolsheimerA@reno.gov*
ADAM D. CATE
Deputy City Attorney
Nevada State Bar No. 12942
*CateA@reno.gov*
Post Office Box 1900
Reno, Nevada 89505
Tel: (775) 334-2050
*Attorneys for Defendant Reno*
*Police Officer R. Jager*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KILLINGER,<br><br>Plaintiff,<br><br>vs.<br><br>RENO POLICE OFFICER R. JAGER,<br><br>Defendant. | CASE NO.:  3:25-cv-00388-MMD-CSD<br><br>**STIPULATED PROTECTIVE ORDER<br>RE: VIDEOTAPED DEPOSITIONS<br>OF RENO POLICE OFFICERS** |

Plaintiff JASON KILLINGER ("Plaintiff"), by and through his undersigned counsel, Terri Keyser-Cooper, and Defendant RENO POLICE OFFICER RICHARD JAGER ("Defendant"), by and through his undersigned counsel, Reno City Attorney Karl S. Hall and Deputy City Attorneys Alice K. Herbolsheimer and Adam D. Cate, (collectively "the Parties"), hereby agree and stipulate to the entry of a Protective Order as follows:

I.      Reason for the Order: Plaintiff took the deposition of Officer Jager on January 22, 2026, and intends to depose several more Reno police officers during the course of discovery in this case. Plaintiff has elected to use E-Depositions as his deposition service provider rather than a traditional stenographic court reporter. E-Depositions records all depositions by

audiovisual means and then generates a written transcript of the deposition testimony from the deposition video.

The parties agree that the photographs of peace officers are confidential under NRS 289.025 and are subject to protection. The Nevada Supreme Court has interpreted the term "photograph" to include an officer's face as it appears on video, such as in body-worn camera footage. *Conrad v. Reno Police Dep't*, 139 Nev. 126, 132, 530 P.3d 851, 856 (2023). The parties hereby stipulate to this Protective Order to protect the facial images of all peace officers who are deposed in this case from public disclosure and to preserve the confidentiality of their facial images.

II.     Confidential Documentation and Information: The parties agree that any and all video recording(s) and/or video image(s) of the police officers who are deposed in this case shall be deemed "confidential" and subject to this Stipulated Protective Order. Such video recording(s) and or video image(s) shall hereafter be referred to as the "confidential videos." The parties agree that the written transcripts of the officers' deposition testimony, which do not show their facial images, are not confidential and are not subject to this Protective Order.

III.    General Prohibition: Access to the confidential videos shall be limited to the named parties, counsel for the parties, and counsel's staff, all of whom agree not to disclose or release to any third party, or otherwise disseminate or make public, the confidential videos.

IV.    The terms of this Stipulated Protective Order do not preclude either party from using the confidential videos at the trial of this case, subject to any objection that may be asserted at the time of trial.

V.     All provisions of this Stipulated Protective Order restricting the disclosure of the confidential videos shall continue to be binding after the conclusion of this action, unless otherwise agreed or ordered. Within thirty (30) days after any judgment is entered in this matter, resolution is reached, or the appeal process is concluded, whichever is later, all confidential videos shall be destroyed.

VI.    Should any party who is not a party to this Stipulated Protective Order seek access to the confidential videos referenced herein, by request, subpoena, or otherwise, from Plaintiff

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

or Plaintiff's counsel, Plaintiff and/or his counsel shall: (a) promptly notify the Reno City Attorney's Office of the request or subpoena; and shall (b) inform the requesting party of the existence of this Stipulated Protective Order.

This Stipulation shall be effective upon signing and shall be made an order of this Court.

Respectfully submitted,

Dated this 27th day of January, 2026.              Dated this 27th day of January, 2026.

Law Office Of Terri Keyser-Cooper              Karl S. Hall
                                               Reno City Attorney


*/s/ Terri Keyser-Cooper*                        */s/ Alice K. Herbolsheimer*
Terri Keyser-Cooper                            Alice K. Herbolsheimer
NV Bar No. 3984                                Deputy City Attorney
125 Edgewater Parkway                          Nevada Bar No. 6389
Reno, NV 89519                                 P.O. Box 1900
Tel.: (775) 337-0323                           Reno, NV 89505
*Keysercooper@lawyer.com*                        Tel.:  (775) 334-2050
*Attorney for Plaintiff*                         HerbolsheimerA@reno.gov
                                               *Attorney for Defendant R. Jager*


## ORDER

The matter of this Stipulated Protective Order having come before this Court by stipulation of the parties and for good cause being shown therein:

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE


DATED: January 28, 2026
_____