KARL S. HALL
Reno City Attorney
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
*HerbolsheimerA@reno.gov*
ADAM D. CATE
Deputy City Attorney
Nevada State Bar No. 12942
*CateA@reno.gov*
Post Office Box 1900
Reno, Nevada 89505
Tel: (775) 334-2050
*Attorneys for Defendant Reno
Police Officer R. Jager*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON KILLINGER, <br><br> Plaintiff, <br><br> vs. <br><br> RENO POLICE OFFICER R. JAGER, <br><br> Defendant. | CASE NO.: 3:25-cv-00388-MMD-CSD <br><br> **ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF NO. 45)** <br><br> (First Request) |

Plaintiff JASON KILLINGER ("Plaintiff"), by and through his undersigned counsel, Terri Keyser-Cooper, and Defendant RENO POLICE OFFICER RICHARD JAGER ("Defendant"), by and through his undersigned counsel, Reno City Attorney Karl S. Hall and Deputy City Attorneys Alice K. Herbolsheimer and Adam D. Cate, (collectively "the Parties"), hereby agree and stipulate to extend the briefing schedule on Plaintiff's Motion for Leave to File First Amended Complaint ("Motion" - ECF No. 45), filed on January 25, 2026, as follows:

Defendant Jager shall file his Opposition to the Motion on or before February 12, 2026.

Plaintiff Killinger shall file his Reply in support of the Motion on or before February 26, 2026.

1  This is the first request for extension of time relating to this Motion. The extension is
2  being requested due to a pre-planned trip that Plaintiff's counsel has on her calendar in early
3  February.

4  Respectfully submitted,

5  Dated this 27th day of January, 2026.                Dated this 27th day of January, 2026.

6  Law Office Of Terri Keyser-Cooper                    Karl S. Hall
7                                                      Reno City Attorney

8  /s/ Terri Keyser-Cooper                             /s/ Alice K. Herbolsheimer
   Terri Keyser-Cooper                                 Alice K. Herbolsheimer
9  NV Bar No. 3984                                     Deputy City Attorney
10 125 Edgewater Parkway                               Nevada Bar No. 6389
   Reno, NV 89519                                      P.O. Box 1900
11 Tel.: (775) 337-0323                                Reno, NV 89505
   Keysercooper@lawyer.com                             Tel.: (775) 334-2050
12 Attorney for Plaintiff                              HerbolsheimerA@reno.gov
13                                                     Attorney for Defendant R. Jager

**ORDER**

16  IT IS SO ORDERED.

   _____
   UNITED STATES DISTRICT JUDGE

   DATED: January 28, 2026