# **INDEX OF EXHIBITS**

1. Peppermill's admission its facial recognition software was inaccurate

2. Reno Police Department training on facial recognition

3. Plaintiff's proposed First Amended Complaint

4. Declaration of Counsel

5. Defendant's First Supplemental Disclosures

6. Jager deposition excerpts

7. Drake deposition excerpts

8. Nance deposition excerpts

9. Jager Declaration

10. Supplemental Declaration of Counsel

11. Reno Carson Records re Service of Process

12. City Attorney Job Description