TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nevada Bar No. 3984
125 Edgewater Parkway
Reno, NV 89519
(775) 337-0323
Keysercooper@lawyer.com
*Attorney for Plaintiff Jason Killinger*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON KILLINGER, | Case No. 3:25-cv-388-MMD-CSD |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY PLAN DEADLINES** |
| v. | |
| RENO POLICE OFFICER R. JAGER, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED by and through the parties and their counsel of record, that the deadlines as written in the Discovery Plan and Scheduling Order (ECF No. 43) shall be extended 45 additional days. The parties are actively involved in the taking of depositions with the last depositions scheduled for March 19, 2026.[1]

Thus far Plaintiff has taken the deposition of Defendant R. Jager, Reno City Attorney Jill Drake, RPD Chief Kathryn Nance,[2] RPD Sgt. Carl DeSantis, RPD Sgt. Joseph Hodges, and RPD Fraud Investigator Monique Sheahan. On March 19, 2026, Plaintiff will take the continued deposition of RPD Chief Nance, the "facial recognition" trainer Vanessa Kosinski, and Peppermill

---

[1] At the time of our earlier Request to Extend Deadlines, it was anticipated that all depositions would be concluded by the end of February.

[2] Chief Nance was only available for two hours, the remainder of her deposition is set for March 19, 2026. Chief Nance is a very busy person and she could only arrange March 19, 2026 for the remainder of her deposition.

1

Security Director Dean Hill. Defendant has taken the deposition of Plaintiff Jason Killinger and plans to take the deposition of Larry Powers.

The last round of depositions was taken on February 24-25; those depositions have not yet been transcribed. Many of the deponents are employed by the City of Reno. They are busy and the depositions must accommodate their schedules.

The reason for requesting this extension is that pursuant to the current Discovery Plan, there is insufficient time for Plaintiff's police expert witness, Scott DeFoe, who resides in Southern California, to receive and review all of the transcribed and finalized depositions prior to writing his expert report—which as scheduled must be provided by May 4, 2026. Since the last depositions will be taken on March 19, 2026, the finalized transcriptions of those depositions will only be available in early April. Mr. DeFoe has several cases and a complex schedule. If he receives all of the materials in early April, he will not have sufficient time to review all of the materials, body camera footage, pleadings, written discovery and transcribed depositions prior to writing his report.

The parties are working cooperatively together and believe an extension of 45 days would be in the interests of justice and in good faith. It is therefore proposed that the new discovery deadliness would be as follows:

| | |
|---|---|
| **Discovery Cut-Off** | Moved from 7/6/2026 to 8/20/26 |
| **Deadline to Amend Pleadings and Add Parties** | Moved from 4/7/2026 to 5/22/2026 |
| **Initial Expert Disclosures** | Moved from 5/4/2026 to 6/18/2026 |
| **Rebuttal Expert Disclosures** | Moved from 6/4/2026 to 7/20/2026 |
| **Dispositive Motions Deadline** | Moved from 8/3/2026 to 9/17/2026 |
| **Joint Pretrial Order, including Fed. R. Civ. P. 26(a)(3) Pretrial disclosures and any objections thereto** | Moved from 9/4/2026 to 10/19/2026 |

/ / /

/ / /

/ / /

IT IS SO STIPULATED this 2nd day of March, 2026.

| | |
|---|---|
| TERRI KEYSER-COOPER<br>Law Office of Terri Keyser-Cooper | KARL S. HALL<br>Reno City Attorney<br>ALICE K. HERBOLSHEIMER<br>Deputy City Attorney |
| By: /s/ Terri Keyser-Cooper<br>Terri Keyser-Cooper<br>*Attorney for Plaintiff Jason Killinger* | By: /s/ Alice K. Herbolsheimer<br>Alice K. Herbolsheimer<br>*Attorney for Defendant R. Jager* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____