Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
lukebusby@pm.me
*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

JASON KILLINGER,

      Plaintiff,

V.

RENO POLICE OFFICER R. JAGER and
CITY OF RENO,

      Defendants.

Case No.: 3:25-cv-388-MMD-CSD

**NOTICE OF ASSOCIATION OF**

**COUNSEL**

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Luke A. Busby, Esq., of Luke Andrew Busby, Ltd., hereby associates as counsel of record for Plaintiff Jason Killinger in the above-captioned matter, together with Terri Keyser-Cooper, Esq., of the Law Office of Terri Keyser-Cooper, who shall remain as lead counsel for Plaintiff.

All pleadings, notices, orders, correspondence, and other papers filed or served in this action should continue to be served upon counsel of record, and additionally should be served upon the undersigned at the address and email shown below.

Dated:  Apr 22, 2026

By: */s/ Luke Busby, Esq.*
Luke Busby, Esq.
Nevada State Bar #10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
lukebusby@pm.me
*Attorney for the Plaintiff*

2

**CERTIFICATE OF SERVICE**

I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing by:

_____ personally delivering;
_____ delivery via Reno/Carson Messenger Service;
_____ sending via Federal Express (or other overnight delivery service);
\_\_\_\_ depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or,
 _x_   delivery via electronic means (fax, eflex, NEF, etc.) to:


Terri Keyser-Cooper, Esq.
Law Office of Terri Keyser-Cooper
125 Edgewater Parkway
Reno, NV 89519
Keysercooper@lawyer.com
*Attorney for Plaintiff Jason Killinger*

Karl S. Hall, Esq.
Reno City Attorney's Office
herbolsheimera@reno.gov
CateA@reno.gov
SparksJ@reno.gov
*Attorneys for Defendants Reno Police Officer R. Jager and City of Reno*


Dated:  Apr 22, 2026


By: _/s/ Luke Busby, Esq._____
        Luke Busby, Esq.

3