KARL S. HALL
Reno City Attorney
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
Post Office Box 1900
Reno, Nevada 89505
Tel: (775) 334-2050
Email: Herbolsheimera@reno.gov
*Attorneys for Defendants City of Reno
and Reno Police Officer R. Jager*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON KILLINGER,<br><br>                  Plaintiff,<br><br>        vs.<br><br>RENO POLICE OFFICER R. JAGER<br>and City of Reno<br><br>                  Defendant. | **CASE NO.:  3:25-cv-00388-MMD-CSD**<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 60) AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF No. 63)**<br><br>(First Request) |

IT IS HEREBY STIPULATED, pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and 7-1, between Plaintiff JASON KILLINGER ("Plaintiff") and Defendants RENO POLICE OFFICER R. JAGER and CITY OF RENO ("Defendants"), by and through their undersigned counsel, that the deadline for Defendants to respond to Plaintiff's Motion for Reconsideration, filed on April 14, 2026[1] (ECF No. 60), and Plaintiff's Motion for Leave to File Second Amended Complaint, filed on April 16, 2026 (ECF No. 63), be extended for five and eight days, respectively, through

---

[1]   Because the Motion for Reconsideration was filed under seal, Defendants were unable to access the document on PACER at the time it was filed. Plaintiff subsequently served Defendants with a copy of the Motion for Reconsideration on April 19, 2026.

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

-1-

and until Friday, May 8, 2026. This is the first request for extension of time relating to these motions. The extension is being requested to accommodate defense counsel's schedule and other deadlines, including a dispositive motion on an unrelated case.

Respectfully submitted,

Dated this  21st  day of April, 2026.

Law Office Of Terri Keyser-Cooper

/s/  Terri Keyser-Cooper
Terri Keyser-Cooper
NV Bar No. 3984
125 Edgewater Parkway
Reno, NV 89519
Tel.: (775) 337-0323
Keysercooper@lawyer.com
*Attorney for Plaintiff*

Dated this  21st  day of April, 2026.

Karl S. Hall
Reno City Attorney

/s/  Alice K. Herbolsheimer
Alice K. Herbolsheimer
Deputy City Attorney
Nevada Bar No. 6389
P.O. Box 1900
Reno, NV 89505
Tel.:  (775) 334-2050
HerbolsheimerA@reno.gov
*Attorney for Defendants R. Jager
and City of Reno*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:_____April 23, 2026_____