**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON KILLINGER,<br>Plaintiff<br>v.<br>RENO POLICE OFFICER R. JAGER and CITY OF RENO,<br>Defendants | Case No.: 3:25-cv-00388-MMD-CSD<br>**Minute Order**<br>Re: ECF No. 82 |

PRESENT: THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: ASHLYN BYE REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Pursuant to the court's Civil Standing Order (ECF No. 11), Defendants shall file a response to Plaintiff's discovery motion (ECF No. 92) within two court days, by **August 14, 2026,** and the response is limited to **5 pages** in length.

**IT IS SO ORDERED**.

Dated: August 12, 2026

DEBRA K. KEMPI, CLERK

By: /s/

Deputy Clerk