KARL S. HALL
Reno City Attorney
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
*HerbolsheimerA@reno.gov*
HOLLY S. PARKER
Deputy City Attorney
Nevada State Bar. No. 10181
*ParkerH@reno.gov*
ADAM D. CATE
Deputy City Attorney
Nevada State Bar No. 12942
*CateA@reno.gov*
Post Office Box 1900
Reno, Nevada 89505
Tel: (775) 334-2050
*Attorneys for Defendants City of Reno and Officer R. Jager*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON KILLINGER,<br><br>Plaintiff,<br>vs.<br><br>RENO POLICE OFFICER R. JAGER and CITY OF RENO,<br><br>Defendants. | **CASE NO.: 3:25-cv-00388-MMD-CSD**<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY TO COMPLETE DEPOSITION OF PLAINTIFF'S EXPERT, CHRISTOPHER DARCY**<br><br>(Fourth Request) |

Plaintiff JASON KILLINGER ("Plaintiff"), by and through his undersigned counsel, Terri Keyser-Cooper, and Defendants CITY OF RENO and RENO POLICE OFFICER RICHARD JAGER ("Defendants"), by and through their undersigned counsel, Reno City Attorney Karl S. Hall and Deputy City Attorneys Alice K. Herbolsheimer, Holly S. Parker, and Adam D. Cate, (collectively "the Parties"), hereby agree and stipulate to extend the discovery deadline for the limited purpose of completing the deposition of Plaintiff's expert witness, Christopher Darcy.

Discovery in this case is currently scheduled to close on October 5, 2026. (ECF No. 78, pg. 2.) Plaintiff disclosed an initial expert report by Mr. Darcy on July 28, 2026, and disclosed a rebuttal expert report by Mr. Darcy on August 25, 2026. Mr. Darcy's deposition was scheduled for September 16, 2026. Defense counsel originally estimated that the deposition would take approximately three hours and, at Mr. Darcy's request, paid him for three hours of his time in advance of the deposition. However, the deposition took longer than expected, and counsel was unable to complete Mr. Darcy's deposition in the allotted time. Mr. Darcy and Plaintiff's counsel were unable to go past three hours on September 16th due to other commitments on their calendar. The parties agreed to complete Mr. Darcy's deposition on another date, and Mr. Darcy has requested another prepayment for the estimated time to complete his deposition, to which Defendants have no objection. However, counsel and Mr. Darcy have not been able to find a mutually available date to complete the deposition before the October 5, 2026 discovery cut-off. The parties would like to complete Mr. Darcy's deposition on October 8, 2026. Defense counsel estimates in good faith that it will take approximately two more hours to complete Mr. Darcy's deposition. If the deposition cannot be completed in two hours, the parties agree to make reasonable and mutually agreeable arrangements to allow Defendants to complete his deposition as soon as reasonably practical. The parties further stipulate and agree that Mr. Darcy's deposition will not go past 1:00 p.m. on October 8, 2026, due to prior commitments on his calendar.

Based on the foregoing, the parties hereby stipulate to extend the discovery cut-off for a short time for the limited purpose of completing Mr. Darcy's deposition on October 8, 2026. This is the parties' fourth request for an extension of the discovery cut-off. The extension is being requested to accommodate the schedules of Mr. Darcy and counsel for the parties, and not for any improper purpose or delay.

/ / /

/ / /

/ / /

/ / /

/ / /

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

Respectfully submitted,

Dated this 23rd day of September, 2026.

Law Office Of Terri Keyser-Cooper

/s/ Terri Keyser-Cooper
Terri Keyser-Cooper
NV Bar No. 3984
125 Edgewater Parkway
Reno, NV 89519
Tel.: (775) 337-0323
*Keysercooper@gmail.com*

*Attorney for Plaintiff*

Dated this 23rd day of September, 2026.

Karl S. Hall
Reno City Attorney

/s/ Alice K. Herbolsheimer
Alice K. Herbolsheimer
Deputy City Attorney
Nevada Bar No. 6389
P.O. Box 1900
Reno, NV 89505
Tel.: (775) 334-2050
*HerbolsheimerA@reno.gov*

*Attorney for Defendants R. Jager and City of Reno*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: September 24, 2026