KARL S. HALL
Reno City Attorney
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
*HerbolsheimerA@reno.gov*
HOLLY S. PARKER
Deputy City Attorney
Nevada State Bar. No. 10181
*ParkerH@reno.gov*
ADAM D. CATE
Deputy City Attorney
Nevada State Bar No. 12942
*CateA@reno.gov*
Post Office Box 1900
Reno, Nevada 89505
Tel: (775) 334-2050
*Attorneys for Defendants City of Reno and Officer R. Jager*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JASON KILLINGER,

Plaintiff,

vs.

RENO POLICE OFFICER R. JAGER and CITY OF RENO,

Defendants.

**CASE NO.: 3:25-cv-00388-MMD-CSD**

ORDER GRANTING

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS AND TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT BASED ON MUNICIPAL LIABILITY (ECF NO. 95)**

(FOURTH REQUEST – DISPOSITIVE MOTION DEADLINE)

(FIRST REQUEST – MPSJ BRIEFING SCHEDULE)

IT IS HEREBY STIPULATED, pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and 7-1, between Plaintiff JASON KILLINGER ("Plaintiff"), by and through his undersigned counsel, Terri Keyser-Cooper, and Defendants CITY OF RENO and RENO POLICE OFFICER RICHARD JAGER ("Defendants"), by and through their undersigned counsel, Reno City Attorney

Karl S. Hall and Deputy City Attorneys Alice K. Herbolsheimer, Holly S. Parker, and Adam D. Cate, (collectively "the Parties"), that the deadline for filing dispositive motions and the briefing schedule for Plaintiff's Motion for Partial Summary Judgment Based on Municipal Liability, filed on September 12, 2026 ("MPSJ" - ECF No. 95), be extended as follows:

| | |
|---|---|
| Deadline to file Defendants' Opposition to MPSJ: | October 27, 2026 |
| Deadline to file Plaintiff's Reply in Support of MPSJ: | November 16, 2026 |
| Deadline to file All Other Dispositive Motions: | November 30, 2026 |

This is the first request for extension of time relating to Plaintiff's MPSJ and the fourth request to extend the dispositive motion deadline. The current dispositive motion deadline is November 5, 2026 (ECF No. 78, pg. 2). The extensions are being requested to enable the parties to focus on completing currently outstanding discovery before the close of discovery on October 5, 2026, and to accommodate a pre-planned vacation of Plaintiff's counsel from October 17 – 29, 2026. Additionally, there are three pending motions regarding discovery dispute (ECF Nos. 82, 85, and 87), which seek to compel several items of discovery, including the completion of Plaintiff's deposition on a specific topic. The three discovery motions are set for hearing on October 14, 2026, before Magistrate Judge Craig Denney. Depending on the outcome of these motions, some additional discovery may need to be completed before dispositive motions can be fully briefed and filed.

Respectfully submitted,

Dated this 24th day of September, 2026.

Law Office Of Terri Keyser-Cooper

*/s/ Terri Keyser-Cooper*
Terri Keyser-Cooper
NV Bar No. 3984
125 Edgewater Parkway
Reno, NV 89519
Tel.: (775) 337-0323
*Keysercooper@gmail.com*
*Attorney for Plaintiff*

Dated this 24th day of September, 2026.

Karl S. Hall
Reno City Attorney

*/s/ Alice K. Herbolsheimer*
Alice K. Herbolsheimer
Deputy City Attorney
Nevada Bar No. 6389
P.O. Box 1900
Reno, NV 89505
Tel.: (775) 334-2050
*HerbolsheimerA@reno.gov*
*Attorney for Defendants R. Jager and City of Reno*

**ORDER**

The stipulation of the parties (ECF No. 105) is GRANTED.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: September 24, 2026

Reno City Attorney
P.O. Box 1900
Reno, NV 89505