**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Killinger ,
Plaintiff(s)

v.

Jager ,
Defendant(s).

Case No.: 3:25-cv-00388-MMD-CSD

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, Robert Conrad (name of requestor), request permission for live remote public access to the civil proceeding set for 10/14/26 (date) at 9 am (time) before Judge Craig Denney (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 10/8/26

Requestor's Full Name: Robert Conrad

Mailing Address: 450 Sinclair Street, Reno, NV 89501

Telephone number: 7756367959

E-mail address: news@thisisreno.com

**SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR ON COURT'S WEBSITE TO:**
**The Clerk of Court**
**333 Las Vegas Blvd. South, Las Vegas, NV 89101 or**
**400 S. Virginia Street, Reno, Nevada 89501**
**Online submission at https://www.nvd.uscourts.gov/ipsf**

**Notice: Requests should be submitted 48 hours in advance of the scheduled hearing. This form and the information provided will be public record.*