TERRI KEYSER-COOPER
Nevada State Bar No. 3984
Law Office of Terri Keyser-Cooper
125 Edgewater Parkway
Reno, NV 89519
(775) 337-0323
keysercooper@lawyer.com

LUKE BUSBY, ESQ.
Nevada State Bar No. 10319
316 California Avenue
Reno, Nevada 89509
(775) 453-0112
luke@lukeandrewbusbyltd.com

LAUREN GORMAN, ESQ.
Nevada State Bar No. 11580
777 Forest Street, Suite A
Reno, Nevada 89509
(775) 742-6129
lgorman@laurengormanlaw.com

Attorneys for Plaintiff Jason Killinger

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON KILLINGER,<br><br>Plaintiff,<br><br>v.<br><br>RENO POLICE OFFICER R. JAGER and CITY OF RENO,<br><br>Defendants.<br>_______________________________/ | Case No. 3:25-cv-00388-MMD-CSD<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT BASED ON MUNICIPAL LIABILITY (ECF NO. 95)** |

Pursuant to the Court's Minute Order of October 22, 2026 (ECF No. 124), Plaintiff JASON KILLINGER withdraws his Motion for Partial Summary Judgment Based on Municipal Liability (ECF No. 95). Plaintiff will file a combined Motion for Partial Summary Judgment directed to the Second Amended Complaint (ECF No. 122), within the 40-page limit the Court set.

DATED: This 26th day of October 2026.

/s/ Lauren Gorman
TERRI KEYSER-COOPER
LUKE BUSBY, ESQ.
LAUREN GORMAN, ESQ.
Attorneys for Plaintiff Jason Killinger

## CERTIFICATE OF SERVICE

I certify that on October 26, 2026, I electronically filed the foregoing PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT BASED ON MUNICIPAL LIABILITY (ECF NO. 95) with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record, including:

Alice K. Herbolsheimer, HerbolsheimerA@reno.gov
Holly S. Parker, ParkerH@reno.gov
Adam D. Cate, CateA@reno.gov
Reno City Attorney's Office, P.O. Box 1900, Reno, Nevada 89505
Attorneys for Defendants City of Reno and Officer R. Jager

/s/ Lauren Gorman
LAUREN GORMAN
Attorney for Jason Killinger