KARL S. HALL
Reno City Attorney
ALICE K. HERBOLSHEIMER
Deputy City Attorney
Nevada State Bar No. 6389
*HerbolsheimerA@reno.gov*
HOLLY S. PARKER
Deputy City Attorney
Nevada State Bar. No. 10181
*ParkerH@reno.gov*
ADAM D. CATE
Deputy City Attorney
Nevada State Bar No. 12942
*CateA@reno.gov*
Post Office Box 1900
Reno, Nevada 89505
Tel: (775) 334-2050
*Attorneys for Defendants City of Reno and Officer R. Jager*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON KILLINGER,<br><br>Plaintiff,<br>vs.<br><br>RENO POLICE OFFICER R. JAGER and CITY OF RENO,<br><br>Defendants. | **CASE NO.: 3:25-cv-00388-MMD-CSD**<br><br>**ORDER GRANTING STIPULATION TO EXTEND RESPONSE DEADLINE FOR AMICUS CURIAE BRIEF (ECF NO. 112)**<br><br>(Second Request) |

IT IS HEREBY STIPULATED, pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and 7-1, among Plaintiff JASON KILLINGER ("Plaintiff"), by and through his counsel, Terri Keyser-Cooper, Luke Busby, and Lauren Gorman; Defendants CITY OF RENO and RENO POLICE OFFICER RICHARD JAGER ("Defendants"), by and through their counsel, Reno City Attorney Karl S. Hall and Deputy City Attorneys Alice K. Herbolsheimer, Holly S. Parker, and Adam D. Cate; and Amici Curiae, American Civil Liberties Union of Nevada, by and through its counsel,

Christopher M. Peterson, American Civil Liberties Union Foundation, by and through its counsel, Nathan Freed Wessler, and Innocence Project, Inc., by and through its counsel, Maithreyi Nandagopalan, (collectively "Amici") that the deadline to respond to the Amicus Curiae Brief filed on October 9, 2026 ("Amicus Brief" - ECF No. 95), be extended from the original 30-day deadline set by the Court in its Minute Order dated October 8, 2026 (ECF No. 111).

This is Defendants' second request for extension of time relating to the Amicus Brief. The extension is being requested due to Plaintiff's sudden withdrawal of his Motion for Partial Summary Judgment Based on Municipal Liability on October 26, 2026 ("MPSJ" - ECF No. 127). The Amicus Brief was originally filed in support of the MPSJ. Now that the MPSJ has been withdrawn, however, there is technically no motion on record for the Amicus Brief to support.

Plaintiff has expressed his intention to re-file a new motion for partial summary judgment within the 40-page limit permitted by the Court (ECF No. 124), which will include other claims in addition to the municipal liability claim. Defendants take the position that they would be prejudiced by having to respond to the Amicus Brief before Plaintiff re-files his MPSJ, as it would give Plaintiff a "preview" of Defendants' arguments in opposition to Plaintiff's municipal liability claim. Once Plaintiff re-files his MPSJ, Amici will determine whether they can simply ask the court to consider their existing brief in conjunction with the new MPSJ, or whether they will need to withdraw and refile their Amicus Brief.

Accordingly, Plaintiff, Defendants, and Amici stipulate to extend the deadline for Defendants to respond to the existing Amici Brief (ECF No. 95) until 30 days after Plaintiff re-files a new MPSJ, or if Amici are required to withdraw and re-file their Amicus Brief, Defendants shall have 30 days from the re-filing of the Amici Brief to file their response to the Amicus Brief, whichever is later.

/ / /

/ / /

/ / /

/ / /

/ / /

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

Respectfully submitted this 3rd day of November, 2026.

Law Office Of Terri Keyser-Cooper

*/s/ Terri Keyser-Cooper*
Terri Keyser-Cooper
NV Bar No. 3984
125 Edgewater Parkway
Reno, NV 89519
Tel.: (775) 337-0323
*Keysercooper@gmail.com*

*Attorney for Plaintiff*

Karl S. Hall
Reno City Attorney

*/s/ Alice K. Herbolsheimer*
Alice K. Herbolsheimer
Deputy City Attorney
Nevada Bar No. 6389
P.O. Box 1900
Reno, NV 89505
Tel.: (775) 334-2050
*HerbolsheimerA@reno.gov*

*Attorney for Defendants R. Jager and City of Reno*

American Civil Liberties Union of Nevada

*/s/ Christopher M. Peterson*
Christopher M. Peterson
Nevada State Bar No. 13932
4362 W. Cheyenne Ave,
North Las Vegas, NV 89032
*peterson@aclunv.org*

American Civil Liberties Union Foundation

*/s/ Nathan Freed Wessler*
Nathan Freed Wessler
Admitted pro hac vice
125 Broad Street, 18th Floor
New York, NY 10004
*nwessler@aclu.org*

Innocence Project, Inc.

*/s/ Maithreyi Nandagopalan*
Maithreyi Nandagopalan
40 Worth Street, Suite 701
New York, NY 10013
*mnandagopalan@innocenceproject.org*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: November 4, 2026